# Exhibit A
(Part 2)

A

**ability** 32:4
**able** 31:24 92:24 100:4,12 101:5 113:15 135:25
**about** 5:20 6:12,17,23 12:22 14:6 14:18 16:19 22:5,24 23:20 25:13 26:2 27:6,9 29:10 39:21 43:11 46:12 48:16,20,22,22 49:3 59:16 62:14 68:18 71:18 72:19 73:14 81:20 82:16 86:7 87:11 95:23 96:16 99:22 103:5 107:19 115:7 120:2 121:25 126:23 131:20 134:3,15
**abreast** 31:22 34:20,25
**absolutely** 46:12
**acceptable** 70:7
**accepted** 92:19
**access** 108:16
**accompanied** 45:13
**accordance** 40:4
**account** 107:3,4 108:25 109:16 118:9 119:17 121:16,19 137:22
**accountant** 19:2
**accounting** 15:19 18:22 27:25 76:22,22 77:5 90:12,17
**accounts** 118:7
**accuracy** 114:13 123:5
**accurate** 115:16,18
**acquired** 90:22
**acquisition** 98:5 127:3
**across** 16:13
**act** 11:11 13:11 30:9 91:3 97:16
**acted** 12:25
**action** 30:2 31:16 32:18,19,22 33:3 33:4,7,10,13 34:2,13,25 35:12 36:12,15 42:2 43:21 85:15,16 93:5 94:21,24 101:11,11,13 102:2 102:4,21,23 106:25 129:16,20 131:2,14,17,20 132:10,22 133:15 133:16 135:15,20,24 136:6 137:16
**actions** 31:9 34:20 129:25 130:4
**active** 17:19
**actively** 17:21
**acts** 73:9
**actual** 43:5 64:23 107:23
**actually** 40:20 81:13 133:16
**actuary** 62:13,17
**ad** 25:23
**add** 41:19
**added** 111:15
**addition** 41:12 75:11
**additional** 26:9 41:19 106:23 118:7
**additions** 27:14,19
**address** 4:11
**adjustment** 128:5
**administer** 3:16
**administration** 10:16,22
**administrative** 29:3,7
**adopted** 13:4
**advantage** 31:22 53:13
**advantages** 31:14 34:18
**advice** 47:14
**advisability** 125:8
**advisable** 84:6
**advised** 32:2 127:5
**advisor** 73:10
**advisors** 70:6
**affiliated** 80:9,12 125:7
**after** 14:10 66:11,15 72:25 89:4 92:3 95:23 110:13 128:12 129:16 131:5,8 133:13
**afternoon** 118:5
**again** 28:17 89:19 97:7 112:14,22 119:16 123:7 134:17
**against** 7:18 37:7,19,25 70:25 71:10 88:7 131:20 133:15,16
**agency** 28:11 29:8,10
**agent** 6:22
**aggregate** 62:21 112:5
**ago** 5:20 9:10 14:18 18:8 22:24 23:19 26:2 27:6 28:22 43:11 89:17,21 106:11
**agree** 129:21
**AGREED** 3:4,9,14
**agreement** 54:6,8 92:16 125:21 127:12,17 128:8 135:13
**agreements** 54:11
**ahead** 92:22 134:24
**airline** 56:5
**airlines** 56:5,7
**allegation** 117:24 119:12
**allegations** 125:20,25 126:16
**allege** 64:13 96:20,24 97:9
**alleged** 86:13 87:4 91:8 92:10
**allegedly** 33:13
**alleges** 117:20 119:7
**allegiance** 7:20,21
**alleging** 127:10
**allocation** 38:17,21,22,25 39:3,4
**allowed** 34:19 39:11 47:13
**almost** 38:22 65:7,15
**along** 84:14 127:5
**already** 123:4
**although** 38:23 47:12 73:20
**always** 18:12 45:13 50:3 61:17 82:24
**amended** 36:15,17 85:14 101:10,12 104:11 105:19 137:15
**among** 60:6
**amount** 18:10 22:7 64:8 69:21
**amounts** 108:18
**analogize** 30:8
**announced** 71:23 73:2 79:13 82:8 96:11
**announcement** 80:6 88:24
**announcing** 98:5
**annual** 41:13 42:7,13 50:21
**annually** 38:23
**another** 7:2 45:14 63:11 73:8 81:21 94:8,9 99:8 113:16 116:21 126:5
**answer** 5:5 15:8 85:19 87:11,15,24 95:8 99:13,17 103:10 126:25 127:2,8 134:24,25
**answered** 91:14 95:16
**answering** 9:13
**answers** 95:7
**anybody** 26:9 34:3 63:11 70:11 125:17
**anymore** 22:19
**anyone** 24:9 30:25 36:24 43:8 44:19 45:10 78:18,21,23 79:2,5 80:9,12 83:6 91:5 125:7 129:10 134:4,8
**anything** 43:23 66:9,13 68:17 75:22 79:15 134:16,21
**apologize** 28:24
**Apparently** 119:10
**appear** 44:20,24 55:5 111:18
**appearance** 41:13 42:7
**appearances** 42:13
**appeared** 43:9 44:25
**appears** 20:10,18 57:6 107:2 108:20 109:14 110:8,21 111:16 116:8 118:6 119:17 120:15 121:21 122:4,8 123:14 139:10
**applies** 119:3
**Appointment** 93:22
**appreciate** 10:13 101:2
**appreciation** 62:6
**approach** 46:3
**approached** 129:18
**approaching** 64:14
**approval** 39:14
**approximate** 13:25 45:21 46:5 131:10
**approximately** 6:7 18:11 35:3 52:8 83:7 85:25 111:5,18
**April** 95:3,9,14,21 102:13,25 106:11,16
**area** 76:11
**areas** 17:12
**around** 70:8 91:25 114:22,25 133:12
**arthur** 2:7 130:23
**articles** 91:21,24
**artificially** 118:25 119:8
**ascertain** 79:15
**asked** 6:3 91:13 95:15 133:12
**asking** 4:20 9:15 47:21 63:21 83:3 85:4,8 95:12,25 97:17,20 103:5

106:19 111:8 113:6 124:10 125:15 135:6,23
**asserting** 102:21
**assess** 79:20 80:4
**asset** 22:4,8 23:13,24 24:7,10,19 25:9 27:15 38:21,22,25 39:2,4 42:23 43:8 44:10,19 45:11,16 49:3,12 50:17 51:12 55:17 56:12 56:22 57:12,13 70:3 72:7 78:10 78:14 80:4 113:19 116:12 118:6,8 118:10 120:5 124:14,19 125:2 137:23 138:4
**assistant** 31:4 105:5
**assisting** 14:24
**assists** 34:25
**associated** 63:18
**Associates** 41:11
**assume** 5:4 20:23 53:10 75:14 82:4 115:22 135:19
**assumed** 115:17
**assuming** 136:2
**assumption** 62:12
**attached** 107:6
**attempt** 31:8 51:22 71:12 77:18 79:20
**attempted** 126:8
**attend** 42:6,10 45:10
**attending** 71:14
**attention** 41:21 68:19 69:2,6,12 72:21,23 73:12,13 101:24
**attorney** 11:11 87:13 103:8 108:12 115:19
**attorneys** 2:4,11 3:5 12:9 14:25 115:21,25 130:15,20 131:19 135:22
**audit** 28:8,15 90:20
**audited** 28:9
**auditor** 28:10
**audits** 13:8
**authority** 48:3,4,6
**authorization** 105:7
**authorized** 3:16 105:9
**available** 30:16
**Avenue** 2:12
**average** 50:10 65:12 66:3
**aware** 61:10 69:8 72:2 86:12 87:3,9 90:12 93:4,8,10 97:17,21,25 99:10,14 100:21 112:8,15 117:19 126:2,25 127:4
**away** 7:17 49:25 105:10 135:25
**a.m** 1:14

**B**

**back** 11:4 51:10 76:3 96:9 100:24 102:8 112:23 115:20 118:14 122:24 126:22
**background** 10:12 29:16
**bad** 63:15 84:3
**badly** 126:6
**ballpark** 72:11
**bank** 107:23,25
**bargaining** 16:7 17:3
**BARRISTER** 1:23
**Base** 122:13
**based** 4:24 62:17 92:25
**basis** 12:23,24 25:21,23 27:2,3 67:14 68:2 71:9 74:13 90:4 91:7 108:14 121:9,17 122:16 132:12
**Bates** 103:25 106:25
**batting** 50:10
**Baxter** 130:13
**bearing** 20:13 104:6,15 107:11 137:4,17,18,20
**became** 13:4,12 14:6 88:17,21 89:2 89:4
**become** 61:10
**before** 1:14 3:18 4:3 5:13 7:7 23:5 25:25 34:17 41:13 42:7 43:9 55:5 57:7 68:25 70:21 81:12 85:23 92:23 96:11 98:22 99:16 101:20 106:14,16 114:4,6,8 118:13 129:15 136:17 139:4,5,6,12
**beg** 100:8
**began** 96:16 133:8
**beginning** 28:18
**behalf** 19:17 24:23,24 39:12 45:11 53:6 54:3 56:22 72:7 78:14 80:25 94:25 102:4,21,24 105:6,9 129:4 129:7
**behind** 50:7
**being** 5:17,17 6:3 7:3 17:21 29:18 29:22 30:8,18 31:23 33:16 34:18 49:19 63:10 64:2 70:19 110:24,25 112:22
**believe** 25:2 27:13 32:11 35:14 36:2 45:17 46:19,21 50:11 59:5 61:12 61:15 62:2,9 67:12 72:22 74:16 78:6 80:2 84:20 96:14 100:24 115:8,11 135:14 136:8
**believing** 91:7
**benefit** 5:12 15:20
**benefits** 13:7 15:17 16:11
**berger** 1:12 2:4 130:17 131:15,21 132:17,20 133:3 134:6,9 136:5
**Bershad** 133:4
**besides** 7:11 32:14 44:8 131:14
**best** 18:4 56:3,8 60:7,11 83:21
**better** 67:3 71:2,3,5 111:22 128:18
**between** 3:5 57:11 63:9 64:10 87:12 95:3 102:5,22,24 112:17 116:7 117:21 125:10,21 127:12 128:8 134:13,18 135:3
**beyond** 124:11,12
**billed** 136:4
**billion** 17:25 18:13
**block** 110:24,24 122:17,21 123:20 128:11,13
**blocks** 110:22 112:6 114:21 123:11 124:5,15,19
**blood** 139:14
**board** 11:17 12:2 22:16,25 25:12 25:17 41:14,21 42:8,11 43:9 44:2 44:20 45:11 48:14 49:10,14 50:13 51:6 55:5,6 66:9,13,19 67:13 68:4 68:12,23 69:3 71:14,18 74:8,22 75:4 79:23 81:16 82:15
**board's** 69:6,11 77:14
**bogie** 62:11
**Bond** 32:16,21 132:23 133:5
**book** 92:17
**booked** 92:22 97:14
**booking** 97:13
**borders** 65:7
**borrow** 47:13,16 48:3
**both** 7:10 9:16 112:5 123:16
**bottom** 20:25 54:20 60:3 64:12 114:16 123:8,12
**bottom-up** 55:19,24 56:4
**bought** 112:12
**breach** 40:14,15
**break** 5:7,11 58:8,10 88:3 116:21
**brief** 10:11 58:11 88:4 94:8,13 116:23 137:11
**briefing** 93:4
**briefly** 88:11
**bring** 68:18 69:2,11 126:8,22
**broad** 12:14
**Broadway** 1:23
**brokers** 65:10
**brought** 26:7 41:20 69:5 71:24 72:21,23 73:11,12
**Brown** 90:18
**Bucks** 8:3,7,14 14:9
**business** 7:17 10:16,21 15:10 16:2 16:4 42:19 44:4 49:2,13 79:9 90:21 98:6 99:7
**buy** 47:3,12,15 48:5 55:24 83:18 95:22
**buying** 47:6
**bylaws** 47:7
**by-laws** 38:16

**C**

**C** 2:2 4:2 139:2,2
**calculator** 111:14
**call** 26:10 49:4 62:11 73:3,8 75:16 98:14,17 99:19 137:14
**called** 42:19 48:16,20 71:21 73:4,5 99:7,8
**calling** 48:21
**calm** 84:9

**came** 23:15
**cap** 54:21 55:19,21 56:15 57:3,6,8 57:14,19
**capacity** 6:15 30:10 74:3
**capital** 26:20 55:21 62:6
**careful** 40:6
**carefully** 40:16
**case** 6:5,25 7:2 9:20 25:8 35:19 61:9 132:3 135:22
**cases** 7:14,24 15:2 33:22 47:14 129:18
**cash** 26:2,3,6
**cast** 69:17
**catastrophic** 65:16,18 68:24 69:5
**categorizes** 58:6
**cause** 65:18
**caused** 61:11 126:10,11
**cease** 14:15
**cell** 60:16
**central** 76:12
**cents** 110:12
**CEO** 90:18
**certain** 17:12 31:9 46:13,24 55:8 64:18 65:25 70:25 77:19 78:3 79:18 95:10,19 128:24
**certainly** 58:9 90:13 92:3 110:8 116:4,13
**certification** 3:6 36:4 104:3,12 105:19 109:3 115:15
**certifications** 103:23 105:23
**certified** 35:24,25 40:5
**certifies** 116:6
**certify** 33:7 139:3
**cetera** 24:6 41:18
**chairman** 11:17 12:5 73:7 82:20 90:18
**chairman's** 73:13
**challenge** 127:7
**change** 41:20 82:23
**changed** 12:16,19 22:8 38:23
**changes** 61:16 69:20
**characterization** 126:18
**charge** 92:12
**charged** 30:14
**check** 68:15 115:20
**Chinese** 92:14
**chosen** 55:3
**churning** 65:7
**circumstances** 118:22
**claim** 15:17 33:15 101:11,13 137:16
**claimed** 5:25 7:4
**claims** 15:20 88:7 126:11
**clarify** 16:18
**class** 19:8 30:10,19 33:4,7,10,17,24 34:3 35:24,24 36:5 43:20 85:15 94:24 95:5,11,13 101:11,13 102:4 102:13,17 106:17 116:16,25,25 118:23 119:9 128:17 129:20,25 132:22 137:15
**classes** 19:7 31:18
**clear** 27:10 49:4 51:2 100:10 113:15 118:21
**Clerk** 8:6,13,15
**client** 36:15 65:11
**close** 18:13 46:4
**CoAmerica** 108:3
**coding** 60:17
**collect** 12:24 16:5 133:7
**collected** 10:6 51:20 76:14
**collection** 119:17,19
**collective** 16:6 17:3
**Columbia** 10:16,20 18:16
**column** 122:13,15,19
**come** 46:4 132:6,19
**comes** 7:24 24:13 87:18
**commencement** 139:7
**comment** 67:2
**Commenting** 90:17
**commitment** 67:7
**common** 39:19
**communicated** 78:23 79:4
**communications** 48:13 87:16
**companies** 56:3 72:6 77:11 78:11 78:13 130:11
**company** 21:21,24 57:4 61:25 71:20 77:15 78:7 83:14 88:19 91:2,16 93:2 99:8 126:5
**comparatively** 66:17
**compare** 18:7 106:3
**compared** 70:5,14,23
**compensated** 75:14
**Competing** 93:23
**complaint** 36:17 85:15 86:2,4,6,14 87:4 97:3,6 101:16,20,25 103:3 117:19 119:7 126:16
**complete** 20:7
**completed** 136:12
**completely** 14:19
**computer** 108:16
**concerned** 68:18 75:8
**concerning** 43:24 125:8 133:14 134:19
**condition** 79:21,25 80:5
**conduct** 88:24
**conducting** 96:11
**conference** 98:14,17 99:19 137:14
**confess** 42:25
**confident** 121:22,24
**confidential** 36:18,20,25 37:4
**confirm** 108:24 123:7
**confusing** 126:15
**connected** 17:10 139:14
**connection** 6:9 8:24 18:23 23:23 43:12 48:14 93:12 136:5
**consider** 49:22 63:13,25 78:8 97:19
**considerably** 18:12
**consideration** 23:18 24:5
**considered** 47:11 63:12
**consolidated** 36:14,17 85:14 101:10,12 137:15
**consult** 39:20 71:17
**consuming** 23:11
**contact** 24:9 35:9 42:24 50:23 68:23 131:24 132:5,9
**contacted** 130:25 131:8,23 133:14
**contained** 99:11
**contingent** 135:11,12
**continue** 14:12 112:24 123:22 126:19 128:20
**CONTINUED** 138:2
**contract** 6:23
**contractor** 7:3
**contrarient** 64:12
**contributions** 16:5 17:21
**conversation** 81:20 82:2,15 87:14 103:7 133:19,22
**conversations** 83:8 87:7,12
**converse** 82:21
**copies** 75:3
**Cordes** 13:23 14:8
**corner** 59:10,14 120:4 122:4
**corporation** 55:22 81:9
**correct** 17:15 18:25 19:3 20:18,19 20:23 21:12 29:15 34:21,22 53:7 56:9 61:22 63:3 66:3 67:14 78:7 83:25 86:8 96:10 106:7,8 110:9 110:25 111:24 115:22 117:3 122:11 123:18,21 124:25 127:15 127:20
**correction** 128:4 140:3
**correctly** 121:23
**cost** 33:18 111:15 112:2 122:13,15 135:9
**costs** 33:12 135:19 136:2,3
**counsel** 10:6 11:7,8,10 12:12,16 13:2,18 20:8 30:14 31:13 32:2 34:24 35:4 47:14 85:15 93:10 106:24 107:7 113:21 119:20 123:4 129:16,17,23 131:2,14,23 131:24 132:24 133:9 134:19 139:10,18
**counsel's** 35:10
**country** 16:14 17:13 37:20
**county** 8:3,4,6,7,14 14:9 37:18
**couple** 4:21 13:20 26:23 27:18 56:6 106:10 132:18
**course** 5:10 13:5 23:18 30:4 56:16 91:2
**court** 1:2 3:18 7:7 8:24 9:16 13:12 28:20 30:17 32:23 33:6,11 35:12

35:15 37:18 93:5,11 135:24
**courts** 8:6,13,16 33:19 35:18
**covered** 52:5 116:19
**covers** 12:14
**credit** 92:17
**creditor** 37:10
**criminal** 29:16
**critical** 50:13,14,15,16 108:8
**crutcher** 2:11 4:16
**cumbersome** 119:24
**curious** 103:17,20
**current** 11:5 12:5 18:6 20:2 21:5 26:15 27:12,16 32:12 37:7 46:2 88:7 95:13 111:19
**currently** 11:19,22 15:3 16:3,14 17:23 18:3 19:5,8 22:3 25:13,18 35:13 36:11 45:18 52:12 78:3 102:21
**custodian** 107:19,22,24 108:11 121:18
**customer** 92:20
**customers** 126:10
**cut** 33:18 55:4 66:24

D

**D** 4:2 137:2 138:2
**Dahab** 41:15,23 49:20 54:24 58:6 66:24 67:12 68:20 69:14,25 72:22 72:24 74:11,17 75:6,12 76:10 77:3 82:20
**Dahab's** 48:18 50:3 71:15 74:9 75:9 76:4 77:4
**daily** 121:19
**damages** 33:16
**damn** 83:21
**danger** 71:24
**data** 69:25
**date** 20:16 35:19 58:25 67:21 89:15 94:6,15 95:10,23 96:2,6,10,19,23 97:8 98:11,19 101:15 104:9,18 106:14 107:14 113:25 118:12 120:3 125:11
**dated** 89:13 98:3,9 137:8,12
**dates** 13:25 34:9 123:15 128:15
**Dave** 133:4
**day** 42:14,16,17,18,19 98:14 108:15,17 121:18 133:18 136:18 139:5,20
**days** 42:17
**day-to-day** 15:19
**deal** 15:22 53:9
**debt** 37:23 38:12 39:5
**Decatur** 93:25
**December** 1:14 42:22 43:13 44:11 45:2 58:19,23 101:2 137:7 139:5
**decide** 4:24 54:21 133:15
**decided** 47:15 48:6 124:8,14
**deciding** 22:13 23:5 125:3
**deciduously** 75:6 76:7
**decision** 23:12 40:20 47:17 49:23 54:18 55:6 69:24 129:4,7,11,15 135:5
**decisions** 15:20 19:17,22,23 21:14 22:18 24:22,24 25:13,18,20 35:19 35:21 39:12 80:16,24 81:2
**declaration** 48:2
**defendants** 4:18 9:20 36:12 88:9
**defended** 7:2
**define** 33:24 101:6
**degree** 10:15,20 18:17,19 32:5
**degrees** 18:15
**deletions** 27:18
**deliberately** 88:13,16 90:7 91:10
**delinquencies** 37:15 38:2,4
**delinquency** 12:24
**delivered** 92:19
**department** 77:5
**departments** 76:23
**depends** 60:21
**deposed** 5:13,17,17,19 19:12 29:18 29:22
**deposition** 1:10 3:15 5:22 136:12
**depositions** 6:8,12 30:16
**describe** 12:18 16:2,24 55:18 60:9 60:11 65:14 66:5 70:9,11,17,19 88:6 92:8
**described** 7:12 30:23 44:23 59:15 69:6
**describing** 41:10
**description** 10:12 137:3 138:3
**detailed** 74:10
**details** 91:19 127:4
**determine** 29:23 68:16 93:6
**Deutsche** 108:3,4,6
**developing** 60:23
**device** 33:11 60:18
**devices** 60:13,17
**devote** 42:16
**devoted** 13:6
**differ** 64:4
**difference** 33:16 103:18,20
**different** 39:8,9 55:12,13 63:2,2 72:6 99:23 102:16 106:17 107:8 111:8 113:3 116:5 120:11
**differentiation** 63:9
**differently** 69:17 127:23
**differs** 64:10
**difficult** 28:20 84:10
**diligence** 23:9,23
**direct** 15:18 87:10,23 101:24 103:6 124:22
**directed** 10:2
**directions** 11:16
**directly** 17:10 73:6 78:23 79:4
125:14 139:16
**disagree** 119:11
**disagreement** 134:13,18 135:3
**disagreements** 135:8
**disastrous** 62:20
**disclose** 105:24 127:15
**disclosing** 87:16
**discouraged** 39:23,24
**discovered** 133:12
**discretion** 77:23
**discuss** 80:23 81:3,8,15 82:24 103:7
**discussed** 43:19,23 49:12,19 50:2 83:4 87:20 102:11 125:14 129:19
**discussing** 82:18
**discussion** 43:15 45:4 49:17 57:10 67:10 83:11 109:21 125:16
**discussions** 83:13 125:6
**disgruntled** 40:13
**dismiss** 42:2
**dismissed** 32:23 65:8
**dismisses** 135:24
**dispute** 100:4
**district** 1:2,3 35:14 93:16,18
**diversity** 64:15
**document** 20:6,8,13,19 47:19 51:19 51:20,23 52:6,13 58:4,5,16,17 59:3 67:25 85:21 89:7 94:8 98:20 100:7,11,15,22 101:3,7,21 103:25 104:2,6,15,21 105:8,11,16 107:11 110:9 113:18,23 114:5,10 118:3,4 118:17 119:23 120:22,25 121:3 121:23 126:2 137:4,17,18,20,21
**documents** 9:19,23 10:3,5 15:17 34:23 35:4 46:22 74:19,22 75:4 76:19 93:11 106:24 107:16 109:6 114:7 115:20 116:19
**doing** 55:25 56:6 60:4,25 65:9 111:23
**DOL** 13:8 28:9,12
**dollars** 92:18
**domestic** 7:23 15:2
**done** 49:5,6 79:9 132:7
**doubled** 18:9,11
**down** 33:18 54:21 55:4 59:16 64:12 82:5,7 83:22 84:2,12
**draft** 54:11,12
**drafts** 54:14
**driven** 63:10
**drop** 82:11 83:2
**dropped** 32:19,22 82:10,12
**due** 16:11 23:9,22
**duly** 4:3 139:6
**dunn** 2:11 4:16
**during** 9:11 34:4 42:15 43:17 45:6 49:13 51:12 60:5 61:22 62:14 65:25 67:20 74:22 88:10 99:6 112:9 117:7,12 118:23 121:4

127:17 128:6,24 131:4 133:19
**duties** 13:12 23:21 30:22 31:10
**duty** 40:8,14,15
**D-A-H-A-B** 41:11

E

**E** 2:2,2 21:21,23 137:2 138:2 139:2 139:2
**each** 28:18 41:8,12 46:13 49:22,23 54:6,8 67:19,22
**earlier** 43:13 71:22 78:6 96:14 101:19 116:24 131:7
**early** 8:19 88:22 131:4
**earnings** 22:11 62:12 65:17 69:9 71:24 79:14 80:7 81:18,23 82:16 83:15 87:18,22 88:11,12,15 89:3 89:24 90:5 96:8 97:14
**easier** 52:16 58:16 108:22 109:5
**Eastern** 93:16
**educational** 10:12
**Edward** 90:18
**effect** 3:17
**effort** 9:12,14 79:14 93:8
**efforts** 93:12
**eight** 8:16 99:22
**either** 24:6 28:11 79:4 98:24
**elected** 8:17
**elective** 7:25 8:5,9,20
**Electric** 66:18,21
**eliminates** 33:20
**embarrassing** 41:17
**Emcore** 99:8 125:22 127:12 128:8
**employ** 139:17
**employed** 17:20 78:23 79:5 134:4,8
**employee** 5:23 42:23
**employees** 7:15 11:12,24 16:9 17:2 17:12 21:9 82:19 134:10
**employer** 37:18,25 38:3
**employers** 16:5 17:22 37:20
**employment** 11:2 14:23
**enactment** 12:20
**end** 45:7 46:15,19 85:9
**ending** 58:19,22 59:21 137:6
**engaged** 13:15 73:21 92:20
**enough** 99:25
**ensure** 115:14
**ensuring** 30:21
**entire** 22:6 42:17 85:21 100:11 128:13
**entirety** 94:18
**entitled** 104:2
**entries** 90:9,12,19
**equities** 38:10
**equity** 39:5 45:19,22 63:9 64:24
**ERISA** 12:20 13:4,6,10 30:6
**ERRATA** 140:2
**Errors** 90:19
**escapes** 45:14
**ESQ** 2:7,8,14
**essentially** 33:15 63:21 104:23 135:23
**estate** 6:22 26:12,17,19 27:19
**estimate** 72:12
**et** 24:6 41:18
**eternity** 86:3
**even** 63:13 72:11
**event** 52:6 69:5
**ever** 5:13 6:14 7:6 19:12 28:7 29:2 29:6,12 33:2 36:22,24 47:3 48:12 50:16 52:18 71:17 78:18,22 79:3 79:9 80:20,23 81:15 99:5 114:5 121:11 125:6,16 127:14 134:5,9
**every** 5:11 27:21 28:4,9 35:8 37:16 39:16 49:18 61:17 62:3 68:4 108:15,17 121:18
**everybody** 84:8,14 91:17
**everything** 54:12 116:2
**exact** 73:17
**exactly** 32:25 51:15 64:3 65:2 73:15 108:17 124:10
**examination** 4:7 139:4,12
**examined** 4:5
**example** 17:11 27:15 29:3 56:4 60:15 66:7,16
**exceed** 62:17
**except** 3:10 54:12
**excess** 46:8 66:5
**excise** 86:20
**excuse** 51:9 52:19
**execute** 125:3
**executing** 81:2
**exhibit** 20:12,15 26:16 27:12 39:17 52:22 58:18,24 89:8,14 93:15 94:5,12,14,19 96:9 98:3,7,10,12 98:18,21,24 99:11,12,15,21 100:18,25 101:10,14 102:8,12,16 103:24 104:8,11,17,19 105:13 106:4,4,5,7,23 107:6,13,17 108:23 109:9,13,18 110:2,7 111:4 111:11 112:19,23 113:10,16,22 113:24 114:3 115:15 116:5,8,24 118:4,11,13,14,15 119:14,16 122:7,25 123:2,6,9,13,22 124:2,6 124:20 130:5,7
**exhibits** 107:8 137:3
**existing** 26:5
**expect** 64:14 66:19 82:11
**expectation** 64:17 65:24
**expectations** 62:5
**expected** 63:6,23
**expenses** 30:14
**experience** 13:5
**expert** 7:22 61:2 83:17 86:5
**expertise** 76:11
**explain** 73:16
**explained** 87:21
**extent** 31:23 33:16 80:16
**extremely** 39:22
**eyeballing** 111:19

F

**F** 4:2,2 139:2
**fact** 26:24 32:17 56:11 81:17 82:7 83:14 86:10,23,24 91:11 97:12
**facts** 61:10 88:17,21
**factual** 86:8
**fair** 30:15
**fairly** 12:21,21
**fall** 61:3
**false** 86:8 96:21,25 97:10,18,22 99:10,14 100:6,12,21 101:6 117:10
**familiar** 89:22 99:12 125:24 129:19
**far** 10:9 11:4 33:5 34:15 76:3 92:11
**farther** 84:2
**February** 89:9,13 95:4,9,14 96:6 96:10,16 102:6,14,18,23,25 112:10,17,25 113:8 116:7 117:2 117:22 128:14,21 131:6 137:8
**federal** 28:3 29:7 35:14 94:24 102:4 104:4,12
**fee** 135:11,12
**feel** 4:25 121:22,24
**fees** 30:13 65:10 110:13
**Felice** 12:6
**fell** 88:18
**felt** 47:24
**few** 9:4 27:13 103:4,21
**fickle** 83:18
**fiduciaries** 30:6
**fiduciary** 30:7,9,18,22 31:10 38:19 40:14,15
**field** 86:5
**fifteen** 9:10 39:6
**figure** 111:13
**file** 15:23 37:17 75:7,24 76:3,12,16 80:17 105:19
**filed** 28:3 36:15 85:5,9,16,23 89:10 89:13,25 93:24 94:9 96:2 98:4 101:20 137:8
**files** 52:12
**filing** 3:6 27:20 59:9,12 93:15,17 97:23 104:22
**filings** 77:11,15 97:21
**final** 101:21,21
**financial** 60:21 66:20 79:19,20,25 80:5 84:19,23 85:3 86:11,25 91:11 128:3
**find** 76:24 109:19
**fine** 51:25 107:9 114:15 129:21
**fire** 26:9

**fired** 26:4,24 27:5
**firing** 27:2
**firm** 4:15 7:17,18,19 14:9 133:11 135:5
**firms** 13:21,22 14:2 21:13
**first** 4:3 42:17 54:18 58:13 71:20 72:19 84:20 85:3 86:12 87:2 88:21 89:25 90:6 91:9 94:23 96:3 96:19,23 97:8,23 101:24 102:3 104:19,20 105:15 110:2,23 127:17 128:3,6 130:25 131:24,25 132:5 133:13
**fiscal** 58:19,22 137:6
**five** 5:20 9:5 14:9,18 22:24 23:19 28:5 32:7 45:23 46:3 53:3 66:24 67:21
**five-minute** 88:3 116:21
**flow** 26:2,3,7
**focus** 62:10 76:10
**followed** 50:4,9
**following** 80:6
**follows** 4:5
**force** 3:17
**foreign** 92:12
**forget** 24:15 27:6,8,9 32:24 130:3
**form** 3:10 58:22 86:15 89:10 98:4 100:25 114:6,7 120:24 121:3 137:6
**formality** 91:3
**former** 5:23
**forms** 28:4
**forward** 133:16 135:15
**four** 14:9 22:9 126:23
**Fox** 22:4,8 23:13,17,24 24:3,7,10 24:19 25:9 27:15 42:23 43:8,22 44:10,19 45:11,15 49:3,12 50:17 51:11 55:17 56:11,21 57:12,13,21 59:25 70:3,16 72:6 78:9,13 80:4 103:12 113:2,19 115:6,10 116:12 118:5,8,10 124:8,14,18 125:2 137:23 138:4
**frame** 52:2
**frankly** 69:13
**fraud** 90:24 92:10
**fraudulent** 97:16
**fraudulently** 88:12,15 90:7,8 91:10
**frequently** 35:5,7 49:6
**from** 10:17 11:3 12:16 14:5,17 18:16 20:11,20 23:10,20 27:10 34:24 35:4 43:8 44:19 47:6,23 48:8 49:25 54:2 55:13 62:24 65:3 77:2 86:20 91:15 95:14 99:8 102:17 107:19 108:10,21 112:10 116:9,25 118:5,8,10 121:8,17 126:4 132:6 137:23
**front** 108:23 109:7 123:2
**fulfill** 30:22 31:10
**fulfilling** 38:19
**function** 15:10,11 73:23
**functions** 12:8 15:4,19
**fund** 1:10 2:5 5:24,25 13:3 26:20 53:8,8,25 63:20 93:25
**funds** 18:3 21:14,23 26:11,12,16,17 27:19 45:24,25 46:10,17 52:20,21 53:24 72:16 78:9
**further** 3:9,14 87:24 93:21

G

**gain** 122:20
**gather** 30:17 45:6 50:6 55:13 62:24 75:5
**general** 38:5 66:18,20 73:23 82:14 82:17 83:10 126:12 127:2,6
**generally** 12:18 39:7 61:8 64:5 75:7
**gentleman** 24:12,14 42:4 45:14 92:12 130:21
**gentlemen** 50:25
**getting** 32:20 40:7 69:21 87:24
**gibson** 2:11 4:15
**give** 10:11 13:25 35:6 49:24 51:8 72:11 75:16 100:4
**given** 6:8 7:6 52:2 55:9 58:5 72:8 115:19,20
**gives** 32:4 48:2,4 69:25
**go** 37:16 40:3,19 48:25 65:24 68:15 84:2,12 115:20 123:6 133:16 134:24
**goal** 62:16
**goes** 81:23 83:22 135:15
**going** 4:20 5:3,5 6:11 11:4 25:25 31:5,19,21,23 32:4 58:17 65:21 65:24 67:4 79:13 82:5 83:2 84:12 85:17 88:24 89:3,7 91:18 98:2,13 101:3 118:3 121:25 129:3 133:7
**gone** 27:9 42:5 82:7
**good** 4:14 40:7 51:10 55:2 61:17 62:19 66:2 91:4 111:22
**Goodheart** 13:23 14:4,6
**government** 28:11
**graduate** 10:17 18:15
**graduated** 10:24
**grateful** 9:16
**greater** 26:13 53:17
**grievances** 15:23
**group** 40:25 41:3 56:8
**grow** 61:21
**growth** 54:20 57:19,23 60:7 61:17 61:19,24 64:8,9,11
**guess** 16:22 47:21 60:6 66:2 96:7 110:13 111:20
**guy** 41:24

H

**H** 4:2,2 90:18
**half** 17:19 22:5 134:2,3
**halfway** 120:2
**hand** 101:22 139:20
**handed** 107:17 119:14
**handle** 15:23 37:14,15
**hanky-panky** 92:21
**happen** 26:10 65:21 82:22
**happened** 32:24 40:18 65:16 80:20 82:23
**happens** 68:19
**happy** 107:5 119:18
**hard** 70:11
**having** 4:3 14:15 33:21 75:10 82:15
**head** 111:23
**heading** 94:21
**health** 5:24,24 13:2
**hear** 71:20 73:14 84:3 85:7 101:18
**heard** 93:3
**Heartland** 81:7
**heavily** 61:13 77:19 78:3
**heavy** 66:23
**hedge** 26:11,16,20 27:19 52:19,21 53:8,8,10,24
**held** 1:11 7:25,25 8:9,20 12:11 66:7 66:17 67:6,11 99:3 109:22 113:7 139:5
**helpful** 33:19
**helps** 73:19
**heretofore** 48:6
**hereunto** 139:19
**he'll** 66:25 67:22 68:22 74:24
**high** 60:5,18,19,24 61:16 63:15,17 63:17
**higher** 63:7,18,23,24
**highly** 91:18
**high-risk** 63:16
**high-tech** 60:12,14 61:7 78:7,11
**him** 6:2,23 7:5 41:17 48:16 49:4,7 50:23 69:25 75:16 97:5
**hire** 41:6
**hired** 21:13 26:4 42:3 132:23 133:5
**history** 11:3 127:2
**hoc** 25:23
**Hoffmann** 13:23
**hold** 8:5 64:23 65:12,22 66:2,3 67:2 81:22 84:6 108:18 112:24 128:21
**holding** 128:25
**holdings** 115:4,6,9,10
**holds** 107:23
**hope** 18:4 64:21 65:19 76:15 83:20
**hopefully** 46:23 52:15
**hospital** 17:12
**hospitals** 17:11
**hour** 5:11 133:24 134:2,3
**hours** 4:21
**house** 11:8,10 12:12,15 13:18
**Howard** 73:10

**hundred** 33:21
**hundreds** 37:15

I

**ID** 120:6
**idea** 31:19 57:7 72:10 135:17
**identification** 20:16 58:24 89:15 94:6,14 98:10,19 101:14 104:9,18 107:14 113:25 118:12 137:3
**identify** 100:12
**identity** 37:3
**images** 77:6,8
**imagine** 68:14
**imaging** 76:17,19 77:7
**immediate** 42:2 69:12
**immediately** 41:20,25 69:2
**impending** 132:13
**implicate** 46:13
**implying** 50:12
**import** 98:6
**important** 38:25 40:11
**improper** 80:11,14 90:9,12,19 91:19 127:15
**improperly** 127:10
**improprieties** 91:6
**imprudent** 47:15 48:7 64:2
**inc** 1:5,23 2:12 21:21 104:3
**inches** 68:3
**include** 54:10 86:16 116:9
**included** 17:5 23:17
**inclusive** 95:5
**income** 59:15,20
**inconsistent** 56:24
**increase** 55:23
**increased** 18:13
**independent** 87:20 132:13
**indicate** 5:2 59:19,23 113:10 122:15,20
**indicates** 90:10,15 123:18
**indicating** 90:15
**indirect** 124:23,24
**indirectly** 139:16
**individual** 4:17 6:15 41:2 66:10,14 71:17 84:13 88:8
**individuals** 130:17
**industries** 17:8,9,14 77:20,23 78:4 81:7
**industry** 60:9,12 61:18,19 62:3,3
**inferior** 126:9
**inflated** 117:6,10,14,16,18,21,24 118:25 119:8
**influence** 31:24,25 32:5
**inform** 81:11
**information** 30:18 65:21 115:18,23 125:2 132:7,8,11
**INFORMATION/DOCUMENTS** 138:3
**infrequent** 67:8
**initial** 52:5
**injured** 33:13
**injury** 118:24
**innumerable** 7:23
**inside** 65:20
**instance** 131:24,25
**instances** 82:22
**Instead** 33:21
**instructions** 9:12
**instruments** 1:5 2:12 4:17,18 43:16 44:17 45:5 46:18 51:14 56:11,14 56:23 57:18 58:13,18,21 59:24 60:10 62:8 71:21 72:4 75:20 78:19,24 79:6,10,18,21 80:5 83:5 84:16 88:8 89:10,14 104:3 115:5 125:22 137:6,9
**insulating** 40:10
**insulation** 40:2
**intended** 5:8
**intending** 63:14 116:18
**interest** 34:21 37:22
**interested** 139:16
**interfere** 80:15
**internal** 47:7 88:25 90:20 96:12
**internally** 125:17
**International** 130:14
**Interplex** 4:12
**interpretation** 15:16
**interpreted** 13:11
**interview** 23:8 55:3 73:19
**inventory** 97:15
**invest** 16:10 22:14 47:16 53:20,23 56:8 63:6,23 72:7 77:12,16,19
**invested** 21:23 22:3,7 34:4 38:10,12 58:13 61:13 78:3,14 84:16 86:24 116:15
**investigated** 29:13
**investigation** 29:3,7 79:24 88:25 96:12
**investigations** 23:9
**investing** 47:23 53:14 54:2 88:16 125:9
**investment** 6:24 17:24 18:11 19:17 19:23 21:13,18 24:23 26:13,14 38:7,10 39:11,21 40:20 43:16,22 43:24 44:5,6,17 45:5,19,22 46:6 46:17,18 47:12,17 51:14 54:6,9 54:13 55:12,16 56:22,25 57:20,23 59:24 62:7,10 63:3,7,16,16 64:3 64:24 65:23 66:14,18,21 70:5 72:4 75:20,22 80:16,24 86:17 111:15 112:2 115:13 116:15
**investments** 38:18,20 40:3,12,19 46:3,8,14 56:10,20 64:17 65:13 66:8,10 69:16 71:13,18 72:16 74:7 78:9,10 81:4 111:16
**investor** 53:13
**investors** 88:16,18
**invests** 53:5
**involved** 15:13 34:5,6 38:3
**involving** 7:14 8:3 11:13
**in-house** 126:8
**irrational** 83:24
**irrationally** 84:7
**IRS** 13:8,9 28:12
**issue** 33:21,22 94:10
**issued** 35:18 50:16 92:2,4
**items** 122:2

J

**January** 106:6,9 109:11,15 113:14 116:10 120:4 122:5
**job** 12:22 13:17 15:4 76:9 91:4
**jobs** 15:7
**John** 36:9
**judge** 14:6 35:16
**judgment** 37:16
**judgments** 37:7,10,24
**June** 42:22
**just** 5:7,10,11 13:12 28:17,20 30:23 32:3,11 33:23 42:18 44:22 51:2 53:14 75:13 84:13 85:19 88:11 94:20 100:18 101:25 103:17,20 107:17 111:19 118:20 119:14 121:4 123:7,23 125:15 127:6

K

**keep** 28:20 44:8 49:9 75:24
**keeping** 31:22 34:25
**keeps** 32:2
**kept** 44:2,4
**key** 38:18 41:21,24
**Kiernan** 36:9
**kind** 54:19 92:20
**kinds** 30:17 74:19
**King** 13:23 14:8
**Kluttz** 75:11 77:2 82:20
**Kluttz's** 73:12,17 75:18 76:4,8 77:7
**know** 4:23 5:7,9 10:9,10 24:2,17 25:4,11,11 29:18 33:5,6 34:6,9,12 34:15 35:12,16,18,21,23 36:7,9 36:11,20 37:3,14 45:20,21 46:2,5 46:20 50:9 53:5,16 58:12 62:4 64:6,25 66:25 70:15 72:10 73:4 74:14,15 75:17 76:16 77:6,7 78:13,21 79:2,7,23 80:2,3 81:21 82:6,8,12 84:18,22 85:5,8 87:17 91:19 95:20,24 96:5 99:2 102:20 113:9,14 115:7 117:24 121:22 124:25 125:13 128:9,22 129:2 133:2,11
**knowing** 32:3
**knowledge** 18:5 19:6 28:2 29:14

37:2 50:18 57:11,16 79:10,11 80:21 85:13 87:17 123:24 124:4,7 124:11,13,18,22,23,24 126:13 127:14 134:4,7,12
**known** 73:6 88:14,17,21 89:2,4 96:16
**K-L-U-T-T-Z** 73:10

**L**

**L** 3:2
**LalChandani** 93:24
**lapsed** 25:25
**large** 11:18 25:9 54:21 55:18,21,21 56:15 57:6,7,14,19 60:21 66:17 67:7
**largely** 61:5 77:23 78:10
**largest** 21:17 45:19,22 46:6
**last** 5:18 9:7 14:21 22:9 24:10 27:4 28:4,14 32:7 43:7 44:21 51:12 57:13 61:11 67:21 69:4 75:18 78:16 114:18 118:19
**later** 14:7 108:2
**laughing** 50:6
**law** 10:23 12:25,25 13:20,22 18:17 18:18 28:10 31:5 40:5 93:20 94:4 133:11 135:4 137:10
**laws** 104:5,13
**lawsuit** 6:15,18
**lawyer** 31:5
**lead** 19:9,14 29:24,25 30:3,8 31:9 31:13,16 32:8,18 33:2 34:13,15 34:18 35:4,25 93:6,13,22 94:10 104:25 128:23
**learn** 72:19 82:3
**learned** 79:12,17
**learning** 13:5 99:5
**least** 35:8 39:6 41:13 62:11 113:12 132:18
**leave** 7:15 41:22 107:5 119:18
**LED's** 60:15,16
**left** 42:5 122:3
**legal** 15:11,15,18
**less** 9:5 13:13,13 50:14 53:3 62:20
**let** 4:23 5:7,9 20:5 26:18 28:17 100:10
**letter** 52:4
**let's** 11:2 18:7 58:15 88:2 93:14 98:6 101:9 103:24 104:10 106:22 113:21 123:22
**level** 46:3
**licensed** 19:2
**liens** 37:11,19,25
**life** 28:19
**like** 4:25 37:21 40:12 47:24 62:10 65:16,18 68:19 80:17 81:7 86:3 92:15 103:15 108:6,10 126:23
**likewise** 81:10
**limited** 90:21
**line** 60:8 90:14 127:5
**link** 111:9
**liquidate** 81:12
**list** 20:7 21:4,5 27:11
**listed** 21:20 26:16 39:17 52:22 57:5 57:18 58:2 59:9,13 75:21 111:11 112:18,21 114:14 123:5,8,11,16 124:2,6,20 130:4
**listening** 99:18
**listing** 21:16
**literally** 37:15
**litigation** 1:6 4:19 13:7,7 14:25 19:13 31:19,25 32:13,15 33:19,20 34:24 86:5 130:11,12 131:16 132:14,23 133:6,10 134:15,20 135:10
**litigations** 19:6,10 32:6
**little** 65:3,4 119:24
**LLP** 2:11
**local** 132:23
**located** 37:19
**locating** 52:16
**location** 11:20,21,23
**Locust** 1:13 2:5
**long** 12:11 39:4 49:9 52:24 61:16 62:18 64:25 67:25 74:2 101:2 132:16 133:13,21,23
**long-term** 71:9
**look** 5:5 20:8 56:5 59:8 67:3 89:7 94:8,19 96:9 102:8 103:22 104:19 105:13 108:10,19 109:4 110:16 113:17 114:16 118:2,13 119:14 122:24 123:22 125:19 126:24 130:6
**looked** 86:6
**looking** 81:6,6,9 100:24 111:21 120:11,16 122:12
**looks** 20:18 89:22
**loose** 57:9
**lose** 126:10 129:3
**loss** 114:23
**losses** 61:22
**lost** 34:5 42:25 43:22 51:16 88:18 103:14 104:24 112:13 113:5 123:19 128:23
**lot** 15:15 25:4 33:12 38:24 65:6,9 67:2 99:23 126:7
**lots** 37:19
**low** 66:5
**lower** 62:16

**M**

**M** 4:2
**made** 6:23 17:21 25:20,23 26:23 49:23 54:18 56:11 66:11,15 73:6 80:4 86:17 87:8 91:9 92:14 93:8 96:20,24 97:9,18 103:12,13 106:11 111:16 113:3 123:25 126:9 129:4,7
**main** 35:9
**mainly** 17:8,13 130:19
**maintain** 76:4
**maintained** 76:14
**maintaining** 76:18,25
**major** 41:20
**make** 9:12,14 15:20 16:8 21:13 24:13 30:11,13,15 32:3 38:20 39:11 40:20 42:7 44:10,16 49:21 51:4 52:16 53:17 55:6 60:16 62:11,18,20 65:8,9,10 68:18 69:24 71:12 74:12 77:18 79:14,19 80:13,24 83:21 118:20 123:6 129:15 135:5
**makes** 25:13 40:11 41:12 62:13 74:7,10,15,16
**making** 19:17,21,23 24:22 25:18 28:19 40:7 56:7 69:19
**management** 7:16 15:24 22:4,8 23:13,25 24:8,10,20 25:10 27:15 42:24 43:9,22 44:10,19 45:12,16 49:3,12 50:17 51:12 54:6 55:17 56:12 57:12,14 70:3 72:7 78:10 78:14 80:4 82:23 90:11 113:20 116:12 118:6,8,10 124:14,19 125:2 137:23 138:5
**Management's** 56:22
**manager** 23:14 27:5,7,25 39:19 40:11,17,21 41:8,12,15,17,22 42:3,4 49:18,24 52:25 53:12,20 54:7,13,14,19,20,20 55:19 56:4 63:10,12 65:6,13 67:5,19,22 69:22 71:5 82:25 121:15 124:8 125:15
**managers** 7:14 8:25 9:9 19:25 20:3 21:4,6,8,16 22:14 23:5,8 24:4 25:5,14 26:4,5,8,9,11,15,25 27:2 27:12,16,17 39:9,11,17 40:6,23 41:5 42:7,18 44:5,7 46:13 50:13 51:6 53:25 54:8,16,25 55:4,9,13 56:25 62:22 63:2,5,9,22 64:4,6,11 64:18 65:2,23 66:4 69:19 70:14 70:23 72:17 73:20,25 77:24 80:23 115:9 116:15 121:9,17
**mandated** 38:15
**manner** 31:25 58:3
**manufacturers** 60:14
**manufactures** 60:13
**manufacturing** 126:7
**many** 5:15 6:7,17 8:23 9:2 12:2 16:13 17:9,13 28:13 31:18 32:6,9 37:16 38:24 72:6 83:7 87:6 113:6
**margin** 47:3,6,12,15,23 48:5,10
**mark** 20:5,12 58:15,17 89:8 93:14

98:2,6,13 101:9 103:24 104:11 106:22 113:21 118:3
**marked** 20:15 58:23 89:14 94:5,11 94:13 98:9,18,20 100:25 101:13 104:8,17 107:13,17 113:24 114:2 115:15 118:11 119:19 123:13
**market** 83:24 84:7
**marketing** 25:5
**marriage** 139:15
**Marsh** 130:11
**master** 123:12
**master's** 10:15,20,21
**materials** 44:14
**math** 111:23
**matter** 5:10,21 7:9 9:8,24 81:21 100:3 134:15,20 139:17
**matters** 7:10,11 11:12,14 13:7,8 15:16 86:13 87:4,8
**may** 3:15 15:23 48:13 49:5 50:19 58:7,9 62:25 81:5 83:8 94:25 110:22,23 112:22 114:22 120:8,8 123:16
**maybe** 21:25 27:18 84:9 103:22 116:22
**MBA** 18:16,23
**McLennon** 130:11
**McMahon** 35:17
**mean** 13:16 28:11 29:25 32:23 35:7 53:16 55:20 57:15 61:19,20 68:22 70:13 74:7 76:21 84:5 91:5 115:24
**means** 55:24 56:17,19 70:22,24 90:13
**meant** 92:5
**measure** 41:5 71:10 73:22 75:11
**measured** 70:25
**measurer** 70:2 73:21
**measures** 41:6 74:5
**measuring** 69:18 76:8
**mechanics** 53:18
**meet** 81:4
**meeting** 42:19 43:13,17 44:5,22 45:6,10 49:2,13,23
**meetings** 24:13 25:6 42:6,10,17,21 44:3,20 48:15 49:10 50:21 71:14 74:15,23
**meets** 65:23
**member** 22:25 68:4 82:16
**members** 12:2,7 17:15 18:6,7 19:7 25:16 30:10,19 31:11,18 71:18 74:22 81:16 90:11
**membership** 16:24 17:16
**memorandum** 93:20 94:3 137:10
**memorialized** 47:18 54:5 135:12
**memory** 48:9
**mentioned** 8:18 9:11 17:16 34:17 42:23 43:18 68:25 81:21
**merely** 76:24 83:13 113:6
**met** 78:18
**metrics** 41:4
**Michael** 12:6 36:7
**middle** 70:17
**might** 23:16,19 26:25 27:13 41:19 48:16,20 53:24 56:7 65:21 73:6 73:11 81:19,23 82:3,9 113:15 132:10
**million** 17:19 21:25 92:15,18
**mills** 17:8
**mind** 28:21
**minute** 46:23 74:14 89:17 97:6
**minutes** 44:2,4 48:24 49:9 51:4 106:11 116:22
**misbehavior** 88:19
**misleading** 96:21,25 97:10,22 99:11,15 100:7,13,22 101:6 117:11
**Miss** 87:19 91:20 130:19 132:8,12 133:14 134:14
**moderate** 64:8 65:4,5,14
**moment** 89:21 123:23
**monitor** 40:8 66:10,14,20 71:13 73:9 133:10
**monitored** 40:17
**monitoring** 40:22 69:15,24
**montague** 1:12 2:4 130:18 131:15 131:21 132:17,20 133:3 134:6,9 136:5
**monthly** 108:14
**months** 131:11
**monumental** 50:25
**more** 13:6,6 45:23 49:25 50:12,15 62:19 64:18 75:22 77:19 78:3 113:4 133:24 134:2
**morning** 4:14,21 116:14
**most** 11:3 49:13 61:12 72:14
**motion** 52:3 93:21
**Motions** 93:23
**move** 83:25
**much** 17:23 22:3 50:15 82:12 84:2 85:25
**mull** 69:25
**multinationals** 81:6
**multiple** 33:20
**multiplied** 13:12
**Multi-Employer** 26:18
**must** 75:14 113:11,12
**Mutual** 130:14
**myself** 10:4 139:8,9

N

**N** 2:2 3:2 4:2 137:2 138:2
**name** 4:9,14 24:16,17,18 41:9 42:25 43:5 45:14 132:25
**named** 32:8,17 33:2 35:25 93:6,13 94:10
**names** 72:14
**narrative** 10:11
**narrow** 12:22
**nature** 51:5 67:16 94:21 102:2
**near** 101:21
**NECA-IBEW** 93:25
**necessarily** 63:8,15
**necessary** 11:4 94:17 105:18
**need** 4:25 5:8 51:3
**needed** 25:24
**negative** 26:3 59:20 83:20
**Neshamanay** 4:12
**net** 59:15,20 122:20
**Networks** 130:13
**never** 33:4 48:10,11 80:22 81:8,10 84:15 98:22 99:16 100:15,16 114:4 120:23
**new** 1:3,15,24 2:13,13 4:4 7:19 13:5 26:4 35:15 93:16,18
**Newman** 13:24 14:3
**news** 83:20 84:3
**newspaper** 91:15,21,24
**next** 10:20 110:18,19
**nine** 54:25
**ninety** 59:16
**none** 29:17 38:4 43:25 46:4,19
**nonprudent** 47:11
**nontraditional** 26:7
**non-hedge** 53:25
**non-legal** 15:3,7
**non-traditional** 26:11
**normal** 24:3 97:12
**Nortel** 130:12
**notary** 1:14 4:4 136:21
**note** 99:21 116:3 123:15
**noted** 51:16 52:7 116:24 136:13
**nothing** 50:25 56:17,20 84:12 86:7 136:3
**notice** 1:11 103:3
**notify** 41:24
**November** 90:23 98:4,9,15,17 99:3 102:6,17,22 112:10,17 116:7,10 117:2,22 125:10 128:12 137:13 137:14
**number** 17:18,19 18:6,7 36:18 55:8 72:15 95:6 122:13,19 130:16
**numbers** 20:14,25 104:7,16 107:12 119:24 137:5,17,19,20
**N.Y** 1:24

O

**O** 3:2 4:2
**oath** 3:16
**object** 15:6 86:15 126:17 127:22
**Objection** 91:13 95:15 134:22
**objections** 3:10

**obligated** 16:6 31:8,12
**obligation** 134:16,21 135:19,21
**obligations** 38:20
**obtained** 108:11
**obviously** 17:7 53:16 86:7
**occasion** 41:25 67:6 116:13
**occasions** 5:15 6:17,20
**occur** 42:13
**off** 67:9,11 109:20,22
**offer** 37:23
**offhand** 78:17
**office** 8:2,5,10 11:16,18 24:4 35:10
**officer** 3:16 36:8,10
**officers** 91:16
**offices** 1:12 8:21 76:13
**official** 77:9
**off-line** 125:16
**often** 35:3
**oh** 5:16 9:6 35:2 37:14 52:19 66:7 111:12 120:12 130:9
**okay** 102:10 105:12 114:15 120:17 123:3
**old** 7:18
**once** 27:8 44:24
**one** 11:23 27:3 32:11,14 33:23 34:17 35:23 38:18 39:16 40:12 41:19 42:14,16 46:9 52:23 55:9 56:2 63:10 72:16 81:20 83:23 92:24 103:2,3,12,21 105:22 106:16 107:6 108:20 110:22,23 111:6 118:21 120:7 121:19 122:12
**ones** 37:13 40:8 109:2 130:2,10
**only** 12:22 14:22 16:19 22:11 24:12 26:3 27:3 33:15 34:15 52:23 80:16 82:22 87:6,17 116:11 117:13 124:7 126:23 128:19
**operates** 60:10
**operation** 24:5
**opinion** 36:4 56:16 61:2 83:19
**Oppenheimer** 73:11
**opportunity** 100:17
**opposed** 53:14 102:23
**opposite** 61:15
**Opposition** 93:23
**options** 52:18,20 53:6,9,10,14,20 53:23 54:2,10
**oral** 44:8 74:18
**orally** 66:25 79:5
**order** 16:9 31:10
**ordered** 10:2
**organization** 25:9
**original** 97:23 126:6
**originally** 128:6
**other** 7:11 8:9,20 11:23 12:7,9 13:14,17,17 14:24,24 16:20 17:9 18:15,16,22 19:5,10 28:19 29:8 30:10,19 34:12,13 37:25 38:3 44:20,22 45:12 46:13 48:13 53:21 53:23 60:14,16 68:15 70:5,14,23 71:3,13 78:13,15 82:19,22 83:13 86:10,23 87:3 91:10 95:22 111:6 112:8,15,18 115:9,10 116:14 127:20 129:11,18,24 130:20 131:14,19 135:7,19
**others** 23:18 26:21 41:23 57:8 63:7 63:24 64:19 77:20 78:4 115:7 130:21
**otherwise** 25:3
**ought** 133:9
**out** 10:3 14:3,20 16:15 32:20 65:16 65:19 66:25 76:24 80:18 83:25 100:6 111:13,14 133:6
**outcome** 139:16
**outfit** 41:6,9 92:14
**outfits** 60:15
**outright** 53:15
**outside** 21:12 27:23 50:20 116:16
**outsourced** 126:7
**outstanding** 37:10,24 66:22
**out-performing** 71:9
**over** 6:11 14:21 17:18 22:9 28:18 37:20 48:25 50:10 69:25 75:18 122:12
**overall** 38:6 45:24,25 46:10,16 61:6 67:23,23 122:25
**overstated** 88:11,12,15 89:23 90:6
**overstatements** 91:8
**owed** 6:2
**own** 5:11 7:16 13:21 22:11 75:13 88:7
**owner** 126:6

**P**

**P** 2:2,2 3:2
**PA** 2:6
**pack** 70:18
**page** 20:24 59:9,10,12,13,17 94:20 102:9,11,12 105:3,16 108:19 109:13,19 110:2,18,19 111:6 114:17 118:16 119:23,25 120:3,5 120:11,13,14,16 122:24,25 123:9 137:3 138:3
**pages** 99:22 108:20 126:23
**PAGE/LINE** 140:3
**paid** 16:15 76:10
**panic** 65:19 83:22 84:4,11,14
**panicking** 84:8
**paragraph** 101:25 102:3 106:3,4 109:18 110:7 111:4 118:14,16,20 122:7
**paragraphs** 125:19,25 126:14
**pardon** 96:22 100:9 129:6
**Park** 2:12
**parker** 2:8 35:11 87:7,19 91:20 130:19 132:8,12 133:14 134:14
**part** 16:11 53:8 60:21 93:17 131:4
**participants** 17:20 40:13
**participate** 23:7,12 129:10
**participated** 23:16
**participating** 43:20
**participation** 92:9
**particular** 18:21 25:16 39:21 54:23 56:2 59:17 61:23 62:10 64:13 67:7 71:18 121:5,5 124:15,20 130:17 132:3
**particularly** 61:24
**parties** 3:5 139:15
**partner** 13:20 14:2
**partners** 13:22
**parts** 120:15
**party** 6:14,18 19:5 139:9
**passage** 13:10
**past** 22:20 26:25
**pat** 51:9
**Paul** 130:13
**pay** 5:25 7:4 16:11
**paying** 71:4
**payment** 6:23
**pending** 35:13
**Pennsylvania** 1:13 4:13 10:24
**pension** 1:10 2:5 7:15,24 11:7,13 14:25 16:3,8,14,16,21,25 17:24 18:2 19:4,18,20 20:20 21:5,9 22:13 25:14 28:3,8,25 29:24 30:5 30:20 31:2,7,15 34:14 37:6,9 38:6 39:10,13,14,20 45:19 46:9 47:2,5 47:22 48:9 51:13 52:9,17,25 53:19,22 54:15 55:7 56:10 57:11 57:18 62:5,25 63:19 64:6,17 66:17 70:4 72:3,8 73:9 78:2,15,22 79:3,8 86:18 93:19,25 94:4 104:24 110:11,16 111:21 125:8 134:5,14 135:4 137:10
**pensions** 16:9
**people** 8:3 16:20 17:20 33:13 82:18 83:17 84:3
**percent** 18:14 22:6 38:11 39:5,5 45:23 46:3,5,9 59:16 62:15 64:9 66:24
**percentage** 21:18,22 38:9 46:16
**percentages** 38:15
**Peregrine** 26:19 52:22,24 53:5,7,21
**performance** 27:3,5 40:23 41:5,7 41:14 50:2 51:8,9,10 55:2 60:21 61:5,6 62:22 66:20 67:18 69:18 70:24 71:8,11 73:22 74:6 75:11
**performed** 70:3
**performer** 70:10,12,13,13
**performing** 13:17 56:3 70:20
**perhaps** 15:25 31:4 32:2 54:24 57:8

66:25 75:16
**period** 6:11 22:22 34:5,6 64:23 65:12,25 66:4 83:10 84:18 88:10 91:12 95:5,7,8,11,13 102:13,17 106:17 108:4 112:9 113:4 114:25 116:16,20,25 117:7,12 118:23 119:9 121:5 128:17,25
**periodic** 121:17
**periods** 116:5
**person** 5:17 25:5 41:22,23 42:25 69:14
**personally** 9:22 29:12 71:12 79:20 81:15 84:15
**personnel** 15:24
**persons** 33:25 34:3 83:4 128:11
**Peter** 43:5
**Pfizer** 130:13
**Philadelphia** 1:13 2:6
**philosophy** 47:18 54:9,13 55:12,17 56:25 60:8 64:4
**phone** 73:3
**phones** 60:16
**phonetic** 24:15 43:2
**phrased** 127:23
**phyllis** 2:8 35:11 103:5
**Pittsburgh** 11:24
**place** 42:21
**plaintiff** 6:25 19:9,14 29:24 30:2,3 30:8 31:9,16 32:8,18 33:2 34:16 34:18 36:2 93:7,13,22 94:11 128:23
**plaintiffs** 34:13 102:20
**plaintiff's** 30:14 88:7 135:10
**plan** 80:24 81:11 94:2
**planned** 79:18 80:6
**plans** 16:14
**point** 5:6 14:5 22:20 44:21 50:20 55:9 72:9 79:15 85:12 99:6 100:6 107:10 118:21 124:16,20 125:10 128:12
**pointing** 130:23 135:11
**points** 117:6,12,21
**Polish** 24:18
**polite** 90:25
**political** 7:25
**pool** 33:18
**poor** 27:3,5 51:9
**portfolio** 22:6 38:7,10 62:23
**position** 8:17 11:5 12:11 33:14 66:23 81:12 93:2
**positive** 25:25 26:6 49:23
**possible** 51:21 69:20 131:2
**potential** 23:8 60:7 73:20 131:20 133:15
**potentially** 63:6,24
**PowerPoint** 74:25
**practice** 13:14,16,21 14:10,13,16 14:18 68:9,12 77:10,14
**practitioner** 14:11
**precisely** 24:2
**predicate** 16:23
**predicts** 62:17
**prefer** 107:7 119:20
**prepare** 44:7
**prepared** 121:14
**present** 125:11
**presentation** 44:7,8,11 74:25
**presentations** 24:13 44:9
**presented** 126:3
**presently** 20:9 31:17
**presents** 74:20
**preserve** 88:13
**press** 89:9,12,16,20 90:9,10,14 91:4 91:25 92:4 98:3,8 100:19 131:6 137:8,12
**presumption** 119:2
**pretty** 64:25 70:16 82:9,25 126:5
**previous** 27:11 44:25 45:6 62:24 87:6
**previously** 85:5,9 101:17 102:12 113:18,20
**price** 55:23 117:5,9,13,20 119:7
**prices** 119:2
**primarily** 70:2
**principal** 24:19 45:15 64:7
**principals** 88:19
**printout** 20:11,20
**prior** 12:20 29:16 72:2 80:25 85:11 86:14 87:5 97:22 106:11 128:13 129:22 131:20
**private** 13:14,16,21 14:10,12,15,17
**privilege** 87:25
**privileged** 87:14,16
**probably** 5:10 45:7 52:5 72:5 75:5 100:14 105:20 109:9 111:22 117:17 126:22 127:4 133:18
**problem** 84:13
**procedure** 24:3
**proceeds** 92:22 110:10 111:25 122:10
**process** 23:17
**processing** 15:20
**processor** 60:18
**produced** 9:19,23 10:8 20:9 51:19 51:20 106:24 113:19
**produces** 60:13
**product** 92:13,19 126:10
**production** 20:14 104:7,16 107:12 137:4,17,18,20 138:4
**productions** 62:18
**profess** 86:4
**proffered** 30:12
**profit** 113:3
**prohibited** 54:2
**proper** 63:19
**Property** 26:19
**proposed** 102:17 116:25 129:20
**protect** 64:7
**prove** 61:13
**provide** 10:2,5 16:9 51:6 74:21 132:11
**provided** 51:11 67:13 113:21 115:24 116:2
**provides** 60:17 67:17 75:4
**prudent** 38:20
**public** 1:15 4:4 77:11 97:21 136:21
**publicly** 95:2
**pull** 111:14
**purchase** 52:18 103:14 110:21 111:5 118:24 122:16 124:14
**purchased** 6:24 48:10 99:7 106:13 108:5 112:22 113:2,4,13 117:14 117:25 124:5 126:4 128:11,16
**purchasers** 94:25 95:2 102:5,22,24 105:24 118:22 128:20
**purchases** 103:12 112:15 123:25
**purchasing** 53:15
**purporting** 128:10,16,19
**purpose** 27:24 75:10
**purposes** 63:3 105:23 108:9
**pursuant** 1:11 104:4,12
**put** 51:24 115:22
**putting** 76:19
**P.C** 1:12 2:4
**p.m** 136:13

**Q**

**qualified** 40:5
**qualify** 33:17
**quarter** 35:8 67:20,24 96:3 97:24
**quarterly** 41:7 67:14 68:2 74:13,16
**quarters** 84:21 85:4 86:12 87:2 89:25 90:6 91:9 127:18 128:4,7
**question** 3:11 4:25 5:3 39:7 41:16 49:19 79:16 84:25 86:20,22 87:15 88:10 95:7 103:10 109:24 111:9 116:11 124:3 127:25
**questionable** 59:24
**questions** 4:21,22 9:14,15 16:23 41:18 48:22 85:20 136:12
**quickly** 126:21
**quite** 18:12 38:14 69:13

**R**

**R** 2:2 4:2,2 139:2
**range** 12:14
**ranges** 65:3
**Rappaport** 13:24 14:3
**Ratan** 93:24
**rather** 15:11
**rational** 83:19

**raw** 69:25
**RE** 1:5
**reaching** 26:8
**reacted** 84:7
**read** 85:14,18,21,23 86:3,5 91:15 91:24 92:3 94:17 99:25 100:2 103:3 105:11 114:9 121:23 126:20,21
**reading** 86:14
**real** 6:22 26:11,16,19 27:19
**realize** 12:14
**really** 25:6,8 46:20 68:17 76:9 77:9 126:9
**reason** 7:20 25:2 42:3 59:5 115:8 115:11 119:11 135:16
**reasonable** 30:12,15
**reasonably** 37:21
**reasons** 8:4 106:16
**recall** 23:22 36:19 43:7 52:8 53:2 55:16 58:14 72:25 83:3,6,7,12 99:5 104:22 114:20,21,23 131:5 133:21
**receipt** 110:10
**receive** 34:23 35:3 44:13 68:2,5,7 68:10,13 75:3 77:2 108:14,15 121:11,16 135:17
**received** 18:22 52:9 118:5 121:8
**receiving** 18:23
**recent** 11:3 49:13
**recess** 58:11 88:4 116:23
**recipient** 132:21
**reciting** 83:13
**recognition** 127:15
**recognize** 26:21 59:2 95:25 98:20 98:23 107:16,18 114:2 120:22,24
**recognized** 127:11 128:6
**recollection** 46:24 50:22 82:14,17 119:6 127:6,9 130:8
**recommendation** 49:21,22
**recommendations** 50:3,8
**record** 43:4 67:9,11 93:17 109:20 109:22 116:4 139:12
**recorder** 40:17
**records** 115:25
**recover** 43:21
**recovery** 135:17
**reduce** 33:12
**refer** 15:16 75:19 95:8 122:4 128:18
**reference** 26:23 44:16 51:13 102:13 109:14 120:18 122:3
**referred** 43:13 78:6 95:6 101:17,19 106:15 108:25 109:3,17,25 110:6 111:4 122:6
**referring** 20:24 24:14 32:12,15 52:10,13,21 58:3 62:21 81:25 88:23 89:17,21,24 91:22 95:11 97:2 106:10,19 107:21 112:23 123:10 129:23
**refers** 36:18 102:4 109:10
**reflect** 110:21 111:25 128:4
**reflects** 106:5 110:10
**refresh** 46:23 119:6 127:9 130:7
**refused** 33:6
**regard** 15:10 56:14 57:3 62:7 69:14
**regarding** 83:8 131:2
**regular** 25:21 74:8 103:19 121:9 132:12
**regularly** 82:21
**related** 5:22 11:14 17:8,14 35:22 36:4 91:20 135:19
**relates** 120:5
**relating** 8:25 9:8 34:23 94:9 125:20 127:11,16 128:7
**relation** 7:23 15:2
**relationship** 129:17,22 130:15,18 132:17,20
**Relative** 134:10
**relatives** 134:8
**release** 89:9,12,16,20 90:9,10,15 91:4,23,25 92:4 98:3,8 100:19 131:6 137:8,12
**reliance** 119:2
**religiously** 68:21
**rely** 125:3
**remain** 61:16
**remainder** 38:12
**remember** 33:8 34:10,11 45:8 47:20 48:18 49:7 51:15 69:4,13 73:15 76:7 85:18 92:11 103:4,4 103:21 105:20,21 109:10 117:23 131:3,9
**remind** 28:17
**rent** 6:24
**repeat** 117:8 124:3
**rephrase** 4:25 127:24 134:17
**replacing** 54:22
**reply** 93:20 94:3 137:10
**report** 48:17,18,23 50:16 51:2 52:10 73:22 74:8,9,10 121:7,14 138:5
**reporter** 9:16 28:20
**REPORTING** 1:23
**reports** 41:7 51:5,11 67:13,16,18 71:15 74:12,18 75:7,8,9,18,24 76:4,5,8,13 77:2,4,7,9 121:12
**represent** 4:16 17:9,11 34:2 128:11 128:16,19,23 129:24
**representative** 6:4 19:9 56:18
**representatives** 41:16
**represented** 17:2 46:17 131:13 139:10
**request** 51:24 52:6,7 80:8,13 121:13
**REQUESTED** 138:3
**requesting** 100:2
**requests** 80:3
**required** 28:10
**reserved** 3:11
**resources** 33:18
**respect** 62:6 74:6 132:2
**respective** 3:5
**response** 55:14
**responsibilities** 11:9 30:5 31:3
**responsibility** 12:15 19:16,21 22:23 23:4 30:7 40:21 76:25 77:5
**responsible** 21:17 22:12 24:22 25:6 25:17 27:20 30:21 40:3,18,22 69:15,18 76:18 77:6 135:9
**restate** 66:12 78:25 79:13,18 80:7 82:9 86:21 87:18 89:3
**restated** 65:17 69:8 71:23 81:17 83:14 84:19,22 85:2,5,9 86:11,25 87:22 91:12
**restatement** 71:23 72:20 96:8 127:21 128:2
**restating** 81:22 82:16
**restricted** 47:6,22
**restriction** 47:10
**restroom** 5:9
**result** 47:7 117:10
**retain** 23:13 25:15 27:23 49:20,24 64:7 76:7
**retained** 55:9
**retaining** 129:16
**retention** 23:24
**return** 26:8,13 53:17 63:24
**returns** 27:21 63:7
**revenue** 91:8 127:11,16 128:5
**review** 27:22 36:14 44:6 47:14 51:8 68:9,13 71:14 77:10,14 90:17 100:5,11,18 101:4
**reviewed** 38:22 41:15 68:21 87:5 101:17 105:8 127:2
**reviewing** 38:24 86:2 87:5 101:19
**reward** 63:17,17
**Rich** 58:5
**richard** 1:11 4:10 41:11 136:15 139:4
**rid** 69:21 71:7
**ride** 61:3
**right** 9:18 60:8 86:6 129:3
**right-hand** 20:25 59:10,13 120:4
**risk** 63:15,18,23
**riskier** 63:6,11
**risky** 63:12
**Robert** 21:21,23
**role** 23:7 73:17
**roles** 22:17
**ross** 2:14 4:15
**routine** 12:23,24 81:19

**routinely** 132:7
**row** 110:2
**ruling** 65:16
**run** 11:2

S

**S** 1:11 2:2 3:2,2 4:2,10 136:15 139:4
**sad** 127:2
**sale** 92:17,22 106:5,9,10,13 109:10 109:14,16 110:3 122:21 123:9,10 123:20
**sales** 92:13 112:16
**same** 3:7,17 13:3 33:14,15,21,22 57:8 91:20 98:14 108:23 109:2,17 110:6 111:3 116:19 122:6 133:18 133:19
**satisfactory** 70:20 71:8
**save** 33:11
**saw** 98:22 100:15,16 114:4 120:23
**saying** 59:11 92:25
**says** 24:25 90:24 95:4 120:8
**school** 10:14,23 31:5
**screwed** 126:5,9
**Scudder** 130:14
**sealing** 3:6
**search** 9:22,25 10:3
**SEC** 29:4,8,13 32:21 133:8
**second** 8:17 20:24 42:18 103:14 105:2,16 110:24 120:16 122:24 122:25 123:9
**section** 102:2
**sector** 55:25 56:3,5 60:4,6,25 61:3 61:7
**securities** 1:6 4:19 19:5,10 30:2 31:9,16,18 32:6 34:4 47:3,6 48:10 53:15 55:24 83:17 102:5 104:4,13 107:24 118:23,25 122:17,22 130:12 131:16 133:10
**security** 47:23
**see** 24:5,12 26:18 59:15 66:2 94:23 100:6 102:3,11 106:5 110:3 118:19 119:4,5 120:20,21 122:2
**seek** 64:7
**seeking** 33:25 39:25 54:22 55:22
**seem** 38:14
**seemed** 86:3
**seen** 34:10 99:16 114:5,7
**select** 40:5 54:16 56:6 60:6
**selected** 40:16,16
**selecting** 40:7
**selection** 23:16 73:24
**sell** 37:21 53:9 84:11
**selling** 83:22 114:20,21
**semiannual** 49:10
**send** 25:5 52:3
**sense** 35:6 97:13
**sensible** 51:4
**sent** 85:24
**sentence** 94:23 118:19 119:4,5
**separate** 107:7 119:20
**seriatim** 42:14
**series** 107:3 118:9 137:22
**serious** 91:6
**serve** 31:8,8,12 104:25
**served** 74:2
**service** 1:23 14:4 125:21 127:12,17 128:8
**serving** 13:18 31:15
**set** 139:19
**settlement** 123:15
**settlements** 30:11 132:22
**set-off** 103:15
**seven** 22:5 28:22 62:14 64:9
**several** 7:13 8:2 83:10 129:24 131:11
**severance** 5:25
**share** 31:2
**shares** 61:20 88:13 106:6 109:10,15 110:3,22,24,25 111:6 112:6,21,24 113:6,11,12,13 114:22,23 120:19 122:4 123:10,20 124:6,15,19 128:12,13,17
**SHEET** 140:2
**Shelly** 130:22
**short** 52:2 53:9
**shortly** 72:25 89:3 92:5
**short-term** 55:23
**show** 20:6 40:14 46:22 97:3,5
**showed** 131:6
**shows** 111:5 121:4
**side** 21:2 135:10
**sign** 71:25 105:9,12
**signal** 91:5
**signaled** 91:17
**signature** 85:24 105:2,4,15 126:3
**signed** 3:15,17 86:9 105:4 115:16
**significance** 95:20 96:5 103:19
**significantly** 22:9
**similar** 30:3 74:8,11 118:24
**simple** 16:4,12
**since** 12:13 23:19 26:6 49:11 99:12 99:16
**Sincowitz** 24:15 43:2
**single** 14:10 90:21
**site** 20:11,21 108:16
**sitting** 101:5 119:12
**situations** 84:5
**six** 54:24 64:8
**size** 45:21
**Skim** 126:14
**Skirkanich** 43:8 45:12,15 48:12,22 50:20
**skyrocket** 126:12
**slightest** 83:20
**slightly** 111:8
**small** 27:19 54:21 57:3 99:22
**sold** 46:20,21 92:14 113:2,13 114:23 115:4 124:19 128:13,17
**sole** 23:4
**solicited** 54:17
**some** 4:20 7:3 13:17 22:20 25:20 26:7 29:7 31:23 32:5,20 35:6 38:15 40:12 43:21 46:22 47:7 49:25 50:20 54:5 58:3 63:5 65:2 65:20 71:3 73:7 74:7 76:12 89:5 91:6 92:13,14,20 106:15 112:12 115:24 118:7 124:23 126:15 128:12 130:21 132:12 134:18
**somebody** 24:7 73:5
**somehow** 31:7 47:22 56:24 66:19 127:10
**someone** 54:23 105:9 128:25
**something** 32:24 38:16 48:17,20,25 51:2,3 56:19 65:18,22 68:17,19 68:24 81:7 84:9 91:18 103:15,15 108:6 133:7
**sometime** 58:14 131:3
**sometimes** 48:25 74:24,25 83:24 84:2
**somewhat** 129:19
**somewhere** 42:5 127:5
**soon** 51:21 131:5,8
**sorry** 57:24
**sort** 13:8 25:20 29:2 33:11,17 47:7 47:18 54:5 58:3 73:9 74:7 79:9 114:10 115:24 121:7 125:17 132:12 135:13
**sorts** 19:22
**sought** 32:7
**sour** 40:3,19
**source** 14:23 47:9 87:20
**southern** 1:3 93:18
**space** 122:12
**speak** 50:24
**speaking** 9:24 131:21
**specialist** 27:24
**specific** 34:9 40:25 50:22 77:22 81:3,12,25 82:15 83:4,6 90:14 121:25
**specifically** 48:19 49:6 82:13 117:23 121:13
**speculating** 37:22
**spell** 24:17
**spend** 86:2
**spent** 38:24
**split** 120:15,16
**spoken** 36:22,25 48:12 50:19 131:19
**SPT** 20:9,10,14,14,24 21:17,20 103:25 104:2,7,7,13,13,16,16

106:25 107:12,12 108:19 109:13 110:3 111:6,16,24,25 137:5,5,17 137:17,19,19,20,20
**St** 130:13
**staff** 10:2,6 11:15,18 12:8 15:9,14 15:22 24:6 73:21 90:20
**stamped** 103:25 106:25
**stand** 84:11
**stands** 126:25
**start** 7:16 9:13 38:21 39:2
**started** 14:17
**state** 1:15 4:4 12:25 28:4 29:10 37:17 54:9 81:5 108:2,5,6,21 120:12
**stated** 85:2 91:23
**statement** 31:20 96:20,24 97:9,11 97:12,19 107:3 109:16 128:3
**statements** 79:19 84:19,23 85:3 86:8,11,25 91:11,16 97:18 99:11 99:15,24 100:7,13,22 101:6 107:4 107:19 108:10,13,15,21 109:2,4 117:11 118:7,10 119:18 121:16 121:20 137:22
**states** 1:2 94:24
**stay** 34:20
**steel** 17:7,10,13,14
**stenographically** 139:8
**steps** 115:14,17
**still** 27:16,17 28:18 70:7 128:25 133:7
**stipulate** 114:13
**stipulated** 3:4,9,14 123:4
**stock** 2:7 15:6 16:18 18:17 43:4 46:25 51:22 56:15 57:22 61:5 67:8 80:18,19 81:23 82:4,6,9 83:2 83:18,21,24 84:2,6 85:19 86:15 87:10,23 88:17,17 91:13 95:3,15 95:18,23 97:2 99:3,21 102:24 103:6 105:24 106:6,13 107:9 109:11 112:9,12,16 113:7 114:12 116:3 117:6,10,20 119:8,22 120:7 120:12,17 123:11,18 124:2,6 125:9 126:17 127:22 128:20,21 128:24 129:2 130:6,22,23 132:2 133:2 134:22 135:2 136:11
**stocks** 63:24 66:11,15,24
**story** 50:7
**straddle** 108:4
**strategic** 134:15,19
**strategy** 53:8
**Street** 1:13 2:5 108:2,5,6,21 120:13
**strike** 79:16
**stuff** 76:23
**style** 54:22,23,25 64:5,11,13,15
**subcommittee** 55:2
**subject** 11:16 28:8,15 29:2,6 81:21 83:11
**submits** 41:7
**submitted** 93:5,11
**Subscribed** 136:17
**substance** 49:16 83:12 125:24
**substantive** 86:13 87:3,8
**successful** 60:22
**sue** 40:13 129:5,8
**sued** 7:3
**suffered** 118:23
**sufficiently** 7:5
**suggest** 54:24 63:14 116:18
**suggesting** 109:5
**suggestions** 32:3 69:19
**suing** 5:24 6:22 8:3
**suit** 7:18 8:24
**suitable** 29:24 30:12
**Suite** 4:12
**suits** 8:2
**summary** 123:12
**superior** 71:2
**supervise** 11:15 15:9 76:21
**supervising** 15:13
**supervisor** 8:11,19
**supervisors** 68:15
**supplied** 108:11 132:6
**supply** 132:8
**support** 60:12 93:21
**supposed** 92:23
**sure** 30:11,13 38:14 40:7 46:12 53:18 63:11 68:18 70:16 75:21 76:9,15 82:9 83:2,21 84:24 118:20 128:15
**surprising** 82:10
**swear** 115:12
**switched** 7:19,21
**sworn** 3:15,18 4:3 136:17 139:6
**system** 60:17 76:17,19
**systems** 60:13
**S&P** 71:2,6
**S-A-V-E-T-T** 130:22
**S-K-I-R-K-A-N-I-C-H** 43:6

**T**

**T** 3:2,2 139:2,2
**take** 5:7,11 7:17 20:7 42:21 48:8 49:25 55:25 56:2 59:8 60:4 64:16 68:7 81:10 84:15 88:2 89:6 92:17 98:23 99:18 100:11,17 108:19 115:14,17 118:2 130:6
**taken** 1:11 42:2 58:11 88:5 111:24 116:23 139:8
**talk** 9:15 24:5 28:18
**talking** 9:13 16:19 87:11
**tax** 27:21,23 28:4
**tech** 60:5,18,19 61:16
**technologies** 60:22 61:12
**technology** 60:24
**tell** 4:24 39:8 75:23 80:18 117:13
**ten** 12:4 14:7 18:8
**term** 15:7 57:9,14
**terms** 70:22
**testified** 4:5 7:20,22 8:2,23 9:7 96:14 125:13
**testify** 6:3 30:16
**testimony** 7:6 27:11 48:8 62:24 89:17,21 126:18 139:7,7
**Thank** 37:23 136:10
**their** 7:16 15:18 16:9 17:22 24:5 25:5 26:12,13 44:9 45:21 50:2 51:2,8 53:8 54:9 57:7 60:8 62:11 62:16 64:5,11,21 65:17 66:2 70:24 71:7 80:15 81:22,23 85:2,5 87:18,22 89:3 91:2 94:17 108:16 118:24 121:8 127:21 128:13
**themselves** 16:6 51:10 55:18
**thick** 68:3
**thing** 12:22 41:19 57:7
**things** 13:14 38:18 40:18 82:4,23 103:2,4,21
**think** 6:20 10:19 21:19 22:11 23:15 25:7 26:20 27:10 28:17,19 34:8 35:20,23 41:23 43:2 48:5 52:4,23 53:17 57:19 60:24 61:8 62:16 67:4 71:22 73:5 75:6 84:17,20 90:25,25 91:16 97:11 108:4,8,21 109:9 120:10 126:15,21 128:18
**thinking** 133:8
**thinks** 132:10
**third** 16:10 122:19
**Thirty** 74:4
**thousand** 33:22
**three** 11:24 14:19,21 22:9 24:10 26:2 27:6 43:11 51:12 55:4,5 75:19 84:21 85:3 86:12 87:2 89:25 90:6 91:9 126:23 127:17 128:3,6
**through** 11:2 16:6 17:3 20:10,14 21:23 22:4,8,15 32:21 53:20 56:11 64:18 65:13 68:14,16 78:9 87:19 103:25 104:7,13,16 107:2 107:12 112:10 118:24 120:8 121:18 123:6 125:19,25 126:14 133:8 137:5,17,19,20
**throughout** 119:9
**thumb** 68:14
**Till** 22:24
**time** 3:11 5:6,18 6:11 9:7 12:15 13:3,6,13 22:22 23:2,5,11 26:4 27:4 28:14 33:12 42:14 43:7 44:21 46:20 48:19 50:9 52:2 55:10 56:2 65:25 69:4 72:2 79:15 79:21 83:10 85:12,25 91:25 99:6 99:25 100:2,5,11 105:10,21 108:23 113:4 114:25 115:5 116:5

116:20 117:7,12,14,21,25 121:5 124:16,21 125:10 128:25 136:13
**times** 8:23 9:2 26:23
**timing** 46:24
**titled** 93:19 102:2 122:13
**today** 12:16 17:9 29:19,22 56:5 70:12 99:25 100:2,20 101:5 119:12
**together** 111:24
**tomorrow** 47:24 52:4
**top** 54:21 59:10,13 64:12 70:9,12 70:13,13,15 120:2,3 122:3
**Torray** 21:21,23 66:7
**TORRES** 139:3,22
**total** 17:16,18 18:10 111:17
**towards** 77:22
**Township** 8:12
**tracked** 61:6 67:19
**trade** 121:6
**traded** 95:2
**trades** 107:20 121:4 132:9
**trading** 115:25
**training** 18:21
**transaction** 106:15,20 109:17,25 110:6 113:5 120:5,19 122:5,6,9 123:8,12 124:9
**transactions** 46:25 108:25 111:3,10 111:10 112:5,9,18 114:14,16,18 116:6,9 123:5 125:4
**transcribed** 139:9
**transcript** 98:13,16 137:14 139:11
**transitional** 125:21 127:11,16 128:7
**Travelers** 130:13
**tremendous** 30:7
**tremendously** 13:13
**Trevose** 4:13 11:20,21
**trial** 3:12 139:4,12
**tried** 91:2
**true** 39:16 62:2 88:17,20 139:11
**trust** 7:15 11:8,11,13 16:3,8,16,25 17:24 18:3 19:4,18,21 20:20 21:6 21:9 22:13 25:14 26:19 28:3,8,25 29:24 30:6,21 31:2,7,15 34:14 37:6,9 38:6,16 39:10,13,21 46:10 47:2,5,22 48:2,9 51:13 52:9,17,25 53:19,22 54:16 55:7 56:10 57:12 57:18 62:25 66:17 67:23 70:4 71:13 72:3,8 78:2,15,22 79:3,8 86:18 94:4 104:24 110:11,16 111:22 125:8 134:5,14 135:4 137:10
**trusted** 115:21
**trustee** 40:10 55:3
**trustees** 11:12,17 12:3 22:16 23:2 25:12,17 26:12 38:19 39:25 40:2 40:14,24 41:4,8,14,16,21,24,25 42:8,11 43:10 44:3,21 45:11 47:13 48:3,15 49:2,10,14,21 50:14 51:7 62:9 63:25 64:7,14 66:9,13,19 67:13 68:5,13 69:20 69:23 73:7,19,23,24 79:24 81:4,5 81:17,20 82:19
**trust's** 39:14 45:19 62:5 64:17 70:5 93:20
**truth** 88:14 96:15
**try** 5:10 55:8
**trying** 70:21 76:24 111:9,13 127:7
**tubes** 82:5,7
**turbodisc** 90:22 92:13 98:6 99:8 126:4,6 127:3
**turn** 133:6
**turnover** 65:3,4,4,5,7,14 66:5
**turns** 83:25
**twenty** 5:16 6:7,12 20:4 66:8 72:14
**twice** 42:20
**two** 6:20 7:11 36:13 42:17 44:21 56:2 57:13 61:11 68:3 75:18 78:16 103:12 109:6 110:22 111:15 114:16,18,21 116:19 120:15 123:11
**two-page** 100:18
**type** 5:21 99:23 121:11
**types** 77:19
**typical** 72:15
**typically** 67:25
**typo** 94:25
**T-O-R-R-A-Y** 21:19

U

**U** 3:2
**ultimately** 16:15
**Unclear** 134:23
**uncomfortable** 5:8
**uncommon** 39:22 49:8
**uncovered** 90:20
**under** 5:16 17:23 18:10 23:18 24:4 30:6 94:20 101:25 118:21 126:11 134:16,20
**undergraduate** 10:14
**underneath** 122:12
**understand** 4:23 5:3,4 15:8 48:17 51:3,4 53:11 70:22 84:24 88:20 97:20 105:18,22 114:9 116:17 122:2
**understanding** 22:2 29:21 31:6 33:9 36:3 38:5 53:12 56:21 60:20 61:4,23 90:5 92:9,16 95:13 96:15 96:18 103:9,11 104:21 115:3 128:22
**understate** 91:2
**understood** 57:14
**undertook** 79:24
**Unfortunately** 85:17
**union** 13:2,2 15:23 16:7 17:4,6,17
**unionized** 15:22
**unit** 6:24 90:21 99:7
**UNITED** 1:2
**universes** 70:25 71:10
**University** 10:24
**unless** 107:6 121:13
**until** 14:5 31:20 65:23 91:20 92:18 133:11
**unusual** 61:24
**update** 116:14
**updated** 108:17
**usable** 61:14
**use** 5:9 23:6 41:4 60:14 62:25
**useful** 15:25
**usually** 7:18 37:17 50:8 65:22 74:24 83:16

V

**vacations** 15:21
**valuation** 7:24
**value** 54:20 55:19,22 57:6,25 61:20 64:11 65:25 88:13 97:16
**valuing** 97:15
**various** 8:4 14:2 42:14 60:16 71:10 76:23
**VEECO's** 59:3,6 60:20 88:23 90:20 98:5 128:2
**vehicles** 71:3
**veins** 83:23
**version** 101:21
**very** 9:16 16:4,11 30:3 37:21 38:25 40:6 65:3,3,4 67:8 83:18,24 84:10 91:3,6 99:22 100:10 118:21 127:23
**vested** 18:3
**view** 34:19 117:5,9,15,17
**VILMA** 139:3,22
**visit** 24:4
**volatile** 64:19
**voluntarily** 23:10

W

**wait** 74:14
**waived** 3:7
**walk** 135:25
**wallin** 2:14 4:8,15 16:22 18:18 20:5 21:20 51:18,25 52:15 57:24 58:9 58:15 67:9 86:19 88:2 89:6 93:14 94:7,16 97:5 98:2,12 100:3 101:9 103:22 104:10 106:22 109:20 113:17 114:15 116:17 118:2 119:16 120:10,14,18 127:24 132:4 136:8
**want** 4:23 5:6 20:6 31:21 40:2 54:19 108:24 116:3 118:20 119:25 123:7 126:20

**wanted** 26:12
**Warminster** 8:11
**warranties** 126:12
**wasn't** 57:8 60:5 63:14 92:17 95:18 99:20 116:18 127:3,7 133:3
**wasting** 71:6
**way** 40:4 57:5 59:16
**web** 20:11,21 108:16
**weeks** 43:11
**weighting** 77:22
**Weiss** 36:7 92:9,11,20,23
**welfare** 5:24,25 13:3
**well** 4:17 12:20 15:9,15 18:11 20:4 22:5 23:15 31:17 38:17 49:18 52:19 55:21,25 56:6 57:5 60:4,11 60:25,25 61:8 63:19 64:5 67:4 68:7 74:13 75:25 82:24 83:16 86:20 90:25 92:3 123:2 132:5,21
**went** 10:14,19,23 92:21
**were** 5:18 6:3,21 8:13 9:23 13:17 13:22 14:2 16:15 18:13 19:13 22:25 23:17 28:15 32:17 40:13 43:20 45:8,8 46:17 50:8 52:13 58:3 62:5 63:22 72:2 80:3 82:19 86:8,12 87:2,8 88:15 89:3,16,20 89:25 90:6,11,19,21 91:9,12 92:21,23 97:13,15,22 99:18 100:10 106:10,19 112:5 115:9 130:4,25 131:23 133:13
**We'll** 11:3 20:12 122:2
**we're** 28:9,18,19 31:12 32:20 34:15 35:25 40:18 71:4,6 75:7 81:5,6 83:16 87:24 104:24 108:17 114:12 118:20 120:10 133:7
**we've** 7:21
**Wharton** 10:15,18
**WHEREOF** 139:19
**while** 9:13,15 14:19 66:21
**whole** 13:5 32:19 62:23
**why's** 97:3
**Williams** 130:12
**willing** 104:24 114:12
**wind** 68:25
**withdraw** 14:17
**withdrew** 23:10,20
**witness** 7:13,23 8:24 20:17 58:7 86:21 97:4 100:8 103:11 107:15 109:23 132:25 133:4 134:25 136:10 139:6,13,19
**witnesses** 36:18,21,25 37:4
**wonder** 82:24
**word** 97:13
**words** 88:7 127:20 135:7
**work** 6:9 7:3 11:3,22 14:22 17:7 134:9
**worked** 78:18 134:5
**works** 73:10
**world** 83:16
**WorldCom** 32:16,20 132:23 133:5
**worthwhile** 61:14
**wouldn't** 125:14
**wrap** 116:22
**write** 48:24
**writing** 51:24 67:2 79:4
**written** 35:19 44:7,9,11,13 47:19 74:18,19,21 135:13
**wrong** 84:9 86:7

X

**x** 1:4,8 137:2 138:2
**xxxxx** 2:18 3:21
**XYZ** 81:9

Y

**year** 10:17,20 27:21 28:4,9 37:16 42:15,20 44:24 58:19,22 61:17,23 65:15 66:6 67:21 71:22 85:9 131:4 137:6
**years** 5:20 6:13 8:16 9:10 13:11 14:7,9,18,19,21 18:8 22:10,24 23:19 24:11 26:2 27:6 28:5,13,22 32:7 38:24 39:6 44:22 51:12 53:3 57:13 59:20 60:5 61:11 62:14,15 66:8 67:22 74:4 75:19 78:16 130:16 132:18,22
**year-end** 84:23
**yesterday** 118:5
**york** 1:3,15,24 2:13,13 4:4 35:15 93:16,18

$

**$1,033,024.50** 122:14
**$1,255,197** 110:11
**$1,255,197.17** 112:2 122:10
**$10** 92:15
**$222,172.67** 122:20
**$353,103.80** 123:19
**$58.93** 110:14
**$59** 110:13
**$941,595.11** 111:17 112:3

0

**01** 20:9,14 137:5
**02** 20:10,15,24 21:21 137:5
**03** 106:25 107:12 137:20
**04** 120:4,8,9
**06** 108:19 109:13,19 110:3 111:25
**07** 110:17 111:16,22,25
**08** 107:2,13 137:20
**09** 103:25 104:7 137:17

1

**1** 20:12,15 26:16 27:12 39:17 52:22 120:8 137:4
**1.5** 17:25
**10** 92:18 95:4,9,14 96:6,10 102:6 102:14,18,23,25 104:2,8,11,17 105:13 106:4,5 108:23 109:9,18 110:7 111:4,11 112:10,17,19,25 113:8,10 115:15 116:6,8 117:2,22 122:7 128:14,21 130:5,7 137:17 137:18
**10Q's** 89:24
**10-K** 58:18,22 59:3,6 85:6 96:2 97:23 100:25 137:6
**10-K's** 85:10
**100** 18:2
**101** 137:15
**10166-1093** 2:13
**10271** 1:24
**104** 137:17,18
**107** 137:20
**11** 89:9,13 96:16 104:13,16 106:23 107:13,17 109:13 110:2 112:23 137:8,19,20
**11th** 131:6
**113** 137:21
**118** 137:22
**12** 104:14,17 113:22,24 114:3 116:8 123:2,6,13,22 124:2,6,20 137:19,21
**120** 1:23
**13** 118:4,11,13 119:14,16 123:9 137:22
**143** 118:14,16
**15** 59:10,13
**16** 59:9,11,12
**1622** 1:12 2:5
**17** 110:12
**19** 110:22
**19053** 4:13
**19103** 2:6
**1955** 10:25
**1957** 14:4
**1958** 12:13 49:11
**1997** 116:10

2

**2** 21:17 58:18,24 94:20 100:25 102:9,11,12 116:10 137:6
**2,000** 33:23
**2:00** 136:13
**20** 110:23 137:4
**200** 2:12 21:25
**2000** 23:15 62:15
**2001** 62:15
**2002** 59:21 62:15
**2003** 58:14,20,23 59:3,6,21 62:15 90:23 98:4,9,15,17 99:3,6 101:2 102:6,17,22 112:10,17 116:7 117:2,22 125:10 128:12 137:7,13 137:14

**2004** 34:8 45:7 46:15,19 62:16 84:21 85:4,11 86:12 87:2 90:2,6 91:9 95:3,9,14,21 96:3 97:24 99:6 102:13,25 106:7,9,12,16 109:11 109:15 110:23,23 112:22 122:5 127:18 128:4,7
**2005** 1:14 88:22 89:9,13 95:4,9,14 96:6,10,17 102:6,14,18,23,25 112:11,18,25 113:8 114:22,24 116:8,10 117:2,22 123:16 128:14 128:21 136:18 137:8 139:5,20
**212-732-8066** 1:24
**25** 114:22
**26** 11:20 95:3,9,14,21 102:13,25 106:11,16
**28** 116:10

3

**3** 89:8,14 96:9 98:4,9,15,17 99:3 102:6,17,22 112:10,17 116:7 117:2,22 125:10 128:12 137:8,13 137:14
**30** 39:5
**300** 50:10
**301** 4:12
**31** 58:19,23 101:2 120:4,8 123:16 137:7
**33,325** 110:25

4

**4** 93:15 94:5 106:3,4 109:18 110:7 111:4 122:7 137:10
**40,000** 106:6 109:10,15 110:3 111:6 112:6,21 113:2,2,11,12,13 120:19 122:4 123:10,20
**45** 6:13 116:22 125:19,25 126:14

5

**5** 94:12,14,19 102:8,12 137:11
**50** 18:14
**50,000** 16:17 17:15,22
**51** 10:19
**52** 138:4
**56** 118:16 125:19,25 126:14
**58** 12:16 137:6

6

**6** 98:3,7,10,21 99:11,12 100:18 106:6,9 109:11,15 122:5 137:12
**6th** 113:14
**6,675** 110:24

7

**7** 4:12 98:12,18,24 99:15,21 137:14
**70** 38:11 39:5
**70s** 8:15,19 28:16,23
**70/30** 39:3

8

**8** 1:14 101:10,14 102:16 116:24 118:14,15 137:15
**8th** 139:5
**8-K** 89:11 98:4
**80s** 8:15
**82** 59:10,13
**89** 137:8

9

**9** 103:24 104:8,19 106:4,7 137:17
**9:30** 108:17
**9:57** 1:14
**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** 120:6
**94** 137:10,11
**98** 137:12,14


**2004** 34:8 45:7 46:15,19 62:16 84:21 85:4,11 86:12 87:2 90:2,6 91:9 95:3,9,14,21 96:3 97:24 99:6 102:13,25 106:7,9,12,16 109:11 109:15 110:23,23 112:22 122:5 127:18 128:4,7
**2005** 1:14 88:22 89:9,13 95:4,9,14 96:6,10,17 102:6,14,18,23,25 112:11,18,25 113:8 114:22,24 116:8,10 117:2,22 123:16 128:14 128:21 136:18 137:8 139:5,20
**212-732-8066** 1:24
**25** 114:22
**26** 11:20 95:3,9,14,21 102:13,25 106:11,16
**28** 116:10

3

**3** 89:8,14 96:9 98:4,9,15,17 99:3 102:6,17,22 112:10,17 116:7 117:2,22 125:10 128:12 137:8,13 137:14
**30** 39:5
**300** 50:10
**301** 4:12
**31** 58:19,23 101:2 120:4,8 123:16 137:7
**33,325** 110:25

4

**4** 93:15 94:5 106:3,4 109:18 110:7 111:4 122:7 137:10
**40,000** 106:6 109:10,15 110:3 111:6 112:6,21 113:2,2,11,12,13 120:19 122:4 123:10,20
**45** 6:13 116:22 125:19,25 126:14

5

**5** 94:12,14,19 102:8,12 137:11
**50** 18:14
**50,000** 16:17 17:15,22
**51** 10:19
**52** 138:4
**56** 118:16 125:19,25 126:14
**58** 12:16 137:6

6

**6** 98:3,7,10,21 99:11,12 100:18 106:6,9 109:11,15 122:5 137:12
**6th** 113:14
**6,675** 110:24

7

**7** 4:12 98:12,18,24 99:15,21 137:14
**70** 38:11 39:5
**70s** 8:15,19 28:16,23
**70/30** 39:3

8

**8** 1:14 101:10,14 102:16 116:24 118:14,15 137:15
**8th** 139:5
**8-K** 89:11 98:4
**80s** 8:15
**82** 59:10,13
**89** 137:8

9

**9** 103:24 104:8,19 106:4,7 137:17
**9:30** 108:17
**9:57** 1:14
**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** 120:6
**94** 137:10,11
**98** 137:12,14

