Exhibit B-1



# Veeco

**Solutions for a nanoscale world.**

# VEECO INSTRUMENTS INC.

## SMITH BARNEY CITIGROUP
## 2004 TECHNOLOGY CONFERENCE

## SEPTEMBER 8, 2004

### Ed Braun
### Chairman & CEO

# VEECO PROVIDES ENABLING NANOSCALE PROCESS EQUIPMENT AND METROLOGY SOLUTIONS TO MULTIPLE GROWTH MARKETS

**Data Storage**     **Semiconductor**     **Compound Semi/Wireless**     **Scientific Research**






**80 and 160 GB; microdrives**     **90 and 65 nm; 300mm**     **HB-LEDs, WiFi, camera cell phones**     **Nanotech & Life Science**



# VEECO LEVERAGES CORE TECHNOLOGIES IN GROWTH MARKETS

## WHAT WE DO...

**PROCESS EQUIPMENT (ADD AND REMOVE MATERIAL)**



**ION BEAM DEPOSITION
EPITAXIAL DEPOSTION**



**ION BEAM ETCH**

**METROLOGY (IMAGE, MEASURE MANIPULATE)**



**ATOMIC FORCE MICROSCOPY
OPTICAL INTERFEROMETRY**

## MARKETS WE SERVE...

**1H '04 REVENUE ($197.4M; UP 42%)**



*Multiple markets provide stable growth offsetting individual market volatility…Broader opportunities than silicon semiconductor*



# LEADERSHIP TECHNOLOGIES SERVING MULTIPLE MARKETS



**PROCESS EQUIPMENT**

**METROLOGY**

IBE  PVD  IBD  MBE  MOVCD  PRECISION LAPPING

ATOMIC FORCE MICROSCOPY, OPTICAL PROFILOMETERS

**DATA STORAGE**

**SEMI/WIRELESS**

**SCIENTIFIC RESEARCH**

*USE PRODUCT LEADERSHIP TO CREATE CRITICAL MASS IN KEY MARKETS, AT KEY ACCOUNTS*



# SERVING INDUSTRY LEADERS

| **MARKETS** | **PRODUCTS** | **CUSTOMERS** |
|---|---|---|
| *Data Storage* | *#1 Equipment Supplier for TFMHs;*<br><br>*Etch, Deposition, Lapping and Metrology* |  |
| *Wireless & Compound Semi* | *Only Broad line Equipment and Metrology Supplier*<br><br>*MBE, MOCVD (Epitaxial Deposition) and Metrology* |  |
| *Semiconductor* | *#1 3D AFM Metrology*<br><br>*Automated Atomic Force Microscopy and Optical Profilers* |  |
| *Scientific Research* | *#1 AFMs, SPMs and Optical Profilers*<br><br>*Breadth of research solutions* |  |

# VEECO 2004 INVESTMENT THEMES

- We are a leading supplier of enabling technology for converging data storage, semiconductor/compound semi and HB LED, color display growth opportunities

- In the post PC era…microdrives, HB LEDs, color displays, and wireless technology will enable a wave of new high volume, digital consumer electronics for mass markets

- A diverse market and product mix allows Veeco a broader customer and product technology base than most other semi equipment companies

- Nanotechnology, smaller form factors, higher density and new materials will drive extensions of:
  - Moore's Law            20nm feature size
  - Areal Density          1 Tb/in²
  - Large high resolution, high brightness color displays



# VEECO'S HISTORICAL FINANCIALS AND OUTLOOK

## 2004 Forecast ...a revenue and earnings recovery year



*Exclusive of non-recurring charges
Δ Street consensus ($M)

**SALES**
- '94 $86.1
- '95 $131.8
- '96 $199.5
- '97 $266.6
- '98 $263.4
- '99 $312.4
- '00 $376.1
- '01 $449.3
- '02 $298.9
- '03 $279.0
- '04 $412.9 Δ Forecast

10 YR. CAGR 17%

**EBITA**
- '94 $8.3*
- '95 $24.4*
- '96 $38.1
- '97 $45.7*
- '98 $30.4*
- '99 $45.3*
- '00 $44.1*
- '01 $58.0*
- '02 $1.3*
- '03 $13.0*
- '04 $45.6 Δ Forecast

10 YR. CAGR 19%

- **Our Company was founded in 1990 with sales of $30 million and went public in 1994**
- **10 year revenue growth from $86M to $413M...+17% CG per year ('94-'04)**



SBC 090804-EHB

7

# VEECO MULTI-MARKET GROWTH OPPORTUNITY

**Data Storage**     Continued 80 GB production ramp, development of next generation 120/ 160 GB drives and advanced development of (perpendicular heads) for 2005/2006. Microdrives to enable new wireless consumer products (Ipod, TiVo, camera/cell phones)

**Semiconductor**     Complete 90nm, 300 mm ramp, development of 65nm, 45nm

**Wireless**     Explosive growth of Blue LED's for backlighting of color displays, handheld camera/ cell phone, large color screens, PDA, Wi Max, automotive, solid state lighting and RF devices

**Scientific Research**     Continued strength of research AFMs/SPMs
Nanoscience emerges (life sciences, material sciences genomics)

*The content of Veeco's enabling technologies increases in new consumer applications*



# VEECO: EQUIPMENT FOR HIGH GROWTH DIGITAL, WIRELESS CONSUMER PRODUCTS

*TiVo*



*HDD for DVR/DVT*

**+35.9% CAGR**
**'02-'08**

*GPS*



**+61.4% CAGR**
**'02-'08**

*HDD for GPS;*
*Auto Nav.*

**These consumer products represent the convergence of Semiconductor chips, wireless chips, microdrives, high resolution color displays, and high brightness LEDs**

*Flat Panel Display Backlighting*

**+145.7% CAGR**
**'02-'08**



*LCDs Backlighting*

**+159.2% CAGR**
**'02-'08**

*HB-LED Headlights*



*LEDs…signs;mobile;*
*illumination*

*MP4 Video*



**+33.6% CAGR**
**'02-'08**

*HDD for Digital Cameras, Audio Players.*

*Wireless Mobile Consumer Products*

**+71.2% CAGR**
**'02-'08**

*Home Media Server*



*HDDs for Home Networking*

Sources: IDC, 2004; Strategies Unlimited 2004    SBC 090804-EHB

# VEECO IN A BROAD MULTI MARKET RECOVERY

$M

### ORDERS

*Orders doubled in 3 quarters

| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 |
|---|---|---|---|---|---|---|
| | $72.7 | $64.0 | $64.0 | $96.8 | $117 | *$124.7M |

2003     2004

### REVENUE

*Revenue up 50% in 3 quarters

| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 |
|---|---|---|---|---|---|---|
| | $65.8 | $73.4 | $63.1 | $76.9 | $94.5 | *$103M |

2003     2004

### EBITA

*$9.3M   *EBITA triples in 3 quarters

| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 |
|---|---|---|---|---|---|---|
| | $3.0 | $3.2 | $3.3 | $3.5 | $7.5 | |

2003     2004

***Q2 Backlog increased to $164M***



10

# VEECO GROWTH OPPORTUNITY BY MARKET



* 2004 Analysts' Consensus
*** Veeco 2005 Assuming Growth Per Industry Forecast



# DIVERSITY OF MULTIPLE MARKETS, PRODUCTS AND GEOGRAPHIC PENETRATION



**MULTIPLE PRODUCTS**
- Process Equipment 59%
- Metrology 41%

**MULTIPLE MARKETS**
- Scientific Res. 26%
- Semi/CS/Wireless 39%
- Data Storage 35%

**MULTIPLE REGIONS**
- Europe 18%
- Asia Pacific 30%
- Japan 15%
- US 37%

*Q2 2004 Sales $102.9M, up 40%*



SBC 090804-EHB

12





**MARKETS**



*There are 1.5 billion mobile phones in the world today. They browse the Web, take pictures, send email, watch movies and play games. Soon they could make your PC obsolete.*





- Convergence of Semi/Data Storage/Wireless creates a new class of high volume, high growth consumer products with explosive unit growth from 2004-2007

- Wireless mobile consumer products (including cell phones) will approach 2 billion units by 2010… Compared to the installed base of 500 million PC's



# HOME OF THE (NEAR) FUTURE

## By 2010 each household will own 10 HDD's*

### Mobile Applications



**New Microdrive (.85 dia.)**



**MP4 Video**

**Laptop**



**MP3 Music (i.e., iPod)**



**Mobile Phone**



**Automobile GPS Navigation**

### Home Applications



**Home Media Server**

**Entertainment Centers/PCs**

**TiVo/DVR**

**Game (Xbox, PlayStation, etc)**



Veeco

SBC 090804-EHB

* Source: Hitachi Global Storage Technologies





SBC 090804-EHB

# TFMH FORECASTED GROWTH (REVENUE AND UNITS) TO REACH RECORD LEVELS



**CE Examples**
- *MP3 (Microdrive)*
- *MP4 (Microdrive)*
- *Digital Photo (Microdrive)*
- *TiVo*
- *Automobile GPS*
- *Other*

*"In 5-7 Years Consumer Electronic HDD could = PC shipments"*
*Bill Watkins, Seagate March 2004 Diskcon Singapore*

**SBC 090804-EHB**



18

Areal density roadmap increases (50% per year) toward CPP (perpendicular recording) capable of 1 Terabit/in² (2006)… will require new manufacturing technology





## *TFMH Technology Changes Drive Capital Equipment Growth*



**Microdrives**



**Slider Shrinks**



**Reader & Writer Development**





# VEECO'S DATA STORAGE OPPORTUNITY: INDUSTRY'S BROADEST LINE OF ETCH, DEPOSITION AND METROLOGY

- Industry's broadest line of etch, deposition and metrology

- Industry's largest installed base (3,000 systems in the field)…Strong key account relationships

- Aii lapping, dicing and slicing … total slider fab solution opportunity…first saw order

- Customers currently require upgrade and new technology…for 80 GB ramp, intro of 120GB and research for CPP… Veeco launches NEXUS etch and deposition solutions

- *First half orders    $71.4M (up 45% vs '03)*
  *revenue $67.0M (up 54% vs '03)*



# VEECO: IN EVERY STEP OF YOUR TFMH PROCESS



**WAFER PROCESSES**  **ROWBAR/SLIDER PROCESSES**  **HGS, FINAL ASSY AND TEST**



Veeco: a singular vision for data storage.

Veeco is the only company that provides a complete suite of process equipment and metrology solutions for every step of your process today. And, we are the only company making the investment to extend the breadth of our technologies and precision of our solutions to be a strategic partner as you make the transition to smaller, higher-density drives in the future.

- Veeco is the leading supplier of thin-film process equipment and metrology solutions to the compound semiconductor industry
  - Unique ability to provide both MBE and MOCVD – two epitaxial technologies that determine functionality and performance of devices
  - Strategy to become a "one-stop shop" for equipment

- Growth in camera/ cell phone applications. Fully featured phones include >20 compound semi devices per phone. Cell phone sales expected to nearly double to 750M units by 2008

- LED backlighting growth opportunity to include larger color display applications (mobile PC's and flat panel TV displays)

- New automotive applications, headlights, fog lights and instrument panel displays

- Record Q2 orders $51.1M, total of 26 MOCVD and 7 MBE systems, included 6 multiple system orders

- ***First half orders    $90.2M up 346% vs '03***
  ***revenue $45.2M up 145% vs '03***





Source:  Samsung BLUE 2004