# Exhibit F

1622 LOCUST STREET | PHILADELPHIA, PA 19103-6305 | phone 215/875-3000 | fax 215/875-4674 | www.bergermontague.com

# Berger & Montague, P.C.
### ATTORNEYS AT LAW

**PHYLLIS M. PARKER**

WRITER'S DIRECT DIAL | (215) 875-4647
WRITER'S DIRECT FAX | (215) 875-4674
WRITER'S DIRECT E-MAIL | pparker@bm.net

January 30, 2007

**Via E-mail**

Robert F. Serio, Esq.
J. Ross Wallin, Esq.
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193

RE: *In re Veeco Instruments Secs. Litig.*
Case No. 7:05-md-01695 (CM)

Dear Rob and Ross:

We have not heard from you concerning the emails to defendant Rein produced by Herman Birnbaum but not by you. Please immediately provide us with a written declaration concerning the search for emails, including searches of back up tapes, a description of the Company's procedures with respect to back-up tapes, and any efforts to retrieve deleted emails or other electronic information, in particular, emails and electronic information sent to or by or previously in the possession of the Individual Defendants, Bruce J. Huff, Gary Reifert, Frances Scally, Scott Glassman, and Marlin Braun.

We would also like your explanation as to why the documents produced by Birnbaum were not produced by you, as well as an opportunity for our computer people to meet with your computer people to ascertain whether an adequate search for electronically stored information has been made.

If we cannot reach agreement on a procedure which will assure that we have obtained all relevant electronic documents and information, we will have no alternative but to seek relief from the Court. We request the courtesy of a response by the close of business Thursday, February 1, 2007.

Sincerely,

Phyllis M. Parker

cc: Sherrie R. Savett, Esq./Carole A. Broderick, Esq.
Robert I. Harwood, Esq.

412846_01.wpd