# EXHIBIT B

**Veeco TurboDisc**
**Tentative Findings**
**10/31/2004**

| | Income Statement Effect 9/30/04 | Income Statement Effect 10/31/04 | Total |
|---|---|---|---|
| **Risks** | | | |
| Unsupportable balances in the WIP variance account | (1,086,777) | (461,488) | (1,548,265) |
| Overstatement of Taiwan inventory returns | (252,468) | 0 | (252,468) |
| Unsupportable balances in the manual inventory adjustment account | | | |
| Return to Vendor | (350,311) | - | (350,311) |
| Glove Box used as training tool | (223,845) | - | (223,845) |
| Miscellaneous Taiwan Inventory Returns | (136,584) | - | (136,584) |
| Employee Stock Purchase Plan | - | | - |
| Underaccrual of Sanan Commission | (180,000) | | (180,000) |
| Underaccrual of stay bonuses | (150,000) | | (150,000) |
| Warranty Underaccrual | (250,000) | | (250,000) |
| Receipts Not Vouchered | - | | - |
| | (2,629,985) | (461,488) | (3,091,473) |
| | | | (1,000) *(handwritten)* |
| **Recoveries** | | | |
| Understatement of overhead application rate on WIP inventory | 0 | 0 | 0 |
| Warranty part recoveries | | | |
| | | | |
| Net Amount of Risk | (2,629,985) | (461,488) | (3,091,473) |

VECO 0130061